United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

__10__ CV __1443__

1) indicated that this case is related to the following case(s):

__94 CV 2669__

_____

_____

-OR-

2) the case was directly assigned to Judge _____ and Magistrate

Judge _____ as a Pro Se or Habeas case related to

____ CR/CV _____.