SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS: CRIMINAL TERM, PART 10
--------------------------------------------------------X

THE PEOPLE OF THE STATE OF NEW YORK,

ANSWER TO OMNIBUS MOTION

-against-

Indictment No. 3289/2004

GARNELL THOMPSON,

Defendant.
--------------------------------------------------------X

MARK J. HALE, an attorney-at-law and an Assistant District Attorney in Kings County, affirms under penalties of perjury that:

I am submitting this affirmation in answer to the above-captioned defendant's Omnibus Motion, dated July 30, 2004. I believe the following facts to be true based on information in the records and files of this Office.

The People have previously served upon the defendant and filed with the court a Voluntary Disclosure Form together with notices and attachments (hereinafter collectively referred to as the VDF). The information contained in the VDF is incorporated herein by reference and constitutes a response to defendant's motion where appropriate.

I. DEMAND TO PRODUCE PURSUANT TO C.P.L. § 240.20

(6) The defendant made no statements to law enforcement investigators.

(7) See (6) above.

(8) Opposed as not discoverable pursuant to C.P.L. § 240.20.

(9) Consent to inspection of Miranda sheets (2).

(10) Not applicable.

(11) Consent.

(12) Consent.

(13) Not applicable.

(14) Consent.

(15) Consent.

(16) Not applicable.

(17) Consent to 911 Sprint recordings only.

18. None known.

19. Opposed as premature, see C.P.L. § 240.45 (b) and (c).

20. Opposed as not discoverable pursuant to C.P.L. § 240.20.

21. None known.

22. None.

23. See Voluntary Disclosure Form (VDF), page (1), item (1).

24. See VDF, page (1), item (2).

25. Opposed as not discoverable pursuant to C.P.L. § 240.20.

26. Opposed as not discoverable pursuant to C.P.L. § 240.20.

(27-35) Opposed as not discoverable pursuant to C.P.L. § 240.20.

## II. BILL OF PARTICULARS PURSUANT TO C.P.L. § 200.95 (1) AND (2)

38. On or about August 16, 2003, at approximately 1:29 a.m. inside of Irving Square Park (opposite 259 Weirfield Street) the defendant confronted the deceased as she sat on a park bench. The parties were known to each other from a past romantic relationship. The defendant produced a handgun and shot the deceased

multiple times in the head and torso at close range, causing her death at the scene.

39. Principal.

40. Opposed. A Bill of Particulars is a recitation of factual information and not a vehicle to discover tangible items.

41. (a) Opposed as evidentiary.

(b) See (38) above.

(c) Opposed.

(d) See autopsy protocol, to be supplied.

(e-n) Opposed.

42. Opposed evidentiary

43. Opposed as evidentiary

V. MOTION FOR DISCOVERY PURSUANT TO C.P.L. § 240.40 (1) (C)

51. Opposed. C.P.L. § 240.40(1)(c) allows for the discovery of tangible property, [see C.P.L.§ 240.10(3)] and does authorize the recitation of factual information as is recited in defendant's request.

52. Opposed. See (51) above.

53. Opposed as premature; See C.P.L. § 240.45 (1) (A).

54. Opposed. See (51) above.

55. Opposed. See (51) above.

56. Opposed. See (51) above.

57. Consent, exclusive of Rosario information.

SUFFERN POLICE DEPARTMENT

61 Washington Ave
Suffern, NY 10901
Phone 845-357-2300
Fax 845-357-1412

# Press Release

Contact: Lt. Brian Nugent
Phone: (845) 357-2300

FOR IMMEDIATE RELEASE
3 PM EDT, May 24, 2004

**SUFFERN, N.Y.** - Garnell Thompson, 38, wanted for a homicide committed in New York City was apprehended in Suffern, New York on Monday (5/24/2004).

The Suffern Police Department received information from the Spring Valley Police Department (Officer Marciano) that Thompson was living at an apartment in Suffern. Suffern police officers (Sgt. John Bonkoski and Officer Glen Wilson) investigated the location and interviewed several residents. While interviewing one of the residents, police spotted Thompson crossing nearby railroad tracks. The Suffern Police responded to the area and began a search for Thompson. Suffern Police were assisted by the Town of Ramapo Police Department. Three Town of Ramapo officers (Sgt. Reynar, Officer Clark and Officer Dougherty) located Thompson hiding in some brush near the Suffern Athletic fields. Thompson was taken into custody without a struggle.

Thompson was held at the Suffern Police Department until he was turned over to detectives from the New York City Police Department.

New York State

# ARREST REPORT

NYSID No.: 19355594Y
2. OBTS No.:
3. Case No.: 04-2711
4. Rel. No.:
FBI No.: 7283916A9
6. Arrest No.: 04-190
7. Agency: Suffern
8. Division / Precinct:
9. Name (Last, First, Middle): Thompson, Garnell
10. Alias / Nickname / Maiden Name (Last, First, Middle): None
11. Phone Number: None
12. Street Number and Name/Building No./Apt. No.: Homeless
13. City, State, Zip: (C ☐ T ☐ V ☐) —
14. Residence Status: ☑ Resident ☐ Foreign Non-Resident ☐ Non-Resident ☐ Unk
15. Place of Birth: NYC
16. Date of Birth: 04 08 66
17. Age: 38
18. Sex: ☒ M ☐ F ☐ U
19. Race: ☐ White ☒ Black ☐ Asian ☐ Indian ☐ Other ☐ Unknown
20. Ethnic: ☐ Hispanic ☒ Non Hispanic ☐ Unknown
21. Skin: ☐ Light ☐ Medium ☒ Dark ☐ Other ☐ Unknown
22. Height: 6 0
23. Weight: 220
24. Hair: BK
25. Eyes: BL
26. Glasses: ☐ Yes ☒ No ☐ Contacts
27. Build: ☐ Small ☐ Med ☒ Large
28. Marital Status: ☐ Married ☒ Single ☐ Separated ☐ Divorced ☐ Widowed ☐ Comm Law ☐ Unk
29. U.S. Citizen: ☒ Yes ☐ No ☐ Unknown
30. Citizen of: US.
31. Social Security No.: 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
32. Education: 14 yrs
33. Religion: None
34. Occupation: None
35. Employed: ☐ Yes ☒ No
36. Scars / Marks / Tattoos (Describe): None
37. Arresting Officer: G. Wilson
38. ID No.: 125
39. Assisting Officer: Bonkoski
40. ID No.: 127
41. Arrest Date: 05 24 04
42. Time: 10:55
43. Location of Arrest (C ☐ T ☐ V ☐): 1 Pat Malone Dr.
44. Juvenile / Juv-No Further Process: ☐ Yes ☒ No
45. Condition of Defendant at Arrest: ☐ Impaired Drugs ☐ Mental Dis ☒ App Norm ☐ Impaired Alco ☐ Inj./Ill
46. Weapons At Arrest: None
47. Co-defendants Arrest No.: —
48. Miranda: ☐ Yes ☒ No
49. Miranda By: —
50. Miranda Date: —
51. Miranda Time: —
52. Statements: ☐ Written ☒ None ☐ Verbal
53. Status: ☐ Bail ROR ☐ Parole ☐ Probation
54. Search Warrant: ☐ Yes ☒ No
55. ID Procedure: ☐ Line Up ☒ None ☐ Show Up ☐ Photo
56. Arraignment Court:
57. Arraignment Judge:
58. Date:
59. Time:
60. Property: ☐ Yes ☐ No
61. Evidence: ☐ Yes ☐ No
61a. Processed By:
61b. Disposition:
62. Incident No.:
63. Arrestee Status: ☐ ROR ☐ Police Bail ☐ Held ☐ Cash Bail ☐ Bail Bond ☐ App Tkt ☐ Rel to 3rd Party
64. Bail Amount:
65. Bondsman:
66. Photo. No.:
67. Arrest Type: ☐ FW ☐ IW ☐ SUM ☐ CIP ☐ COMP ☐ OP ☐ FC ☐ VOP ☐ BW ☐ AW COT
68. Warrant No.:
69. Arrest FOA: ☒ Yes ☐ No
70. Other Agency: NYPD 83 PCT DET. SQUAD
71. F P Taken: ☐ Yes ☒ No
72. Location of Offense (C ☒ T ☐ V ☐): Brooklyn, Kings NY
73. Offense Date: 08 16 03
74. No. Offenders:
75. No. Victims:
76. Return Court:
77. Return Judge:
78. Return Date:
79. Time:
80. Defendant Case / FOT Agency: NYPD 83 PCT
80a. Officer's Name: DET. Rosario Rizzo
80b. ID No.:
81. Time: 1430
82. Date: 5 24 04

| LAW | Article & Section | SUB | CL | CAT | DEG | ATT | NAME OF OFFENSE | CTS | NCIC code | VICTIM | ASSOC. NO. | TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PL | 125.25 | 1 | A-I | Fel | 2nd | C | Murder 2nd | 1 | 0989 | | | ☐ APP ☐ UTT ☐ OTH |
| CO | 10-125(b) | - | - | V | - | C | Open Container | 1 | | | | ☐ APP ☐ UTT ☐ OTH |
| | | | | | | | | | | | | ☐ APP ☐ UTT ☐ OTH |
| | | | | | | | | | | | | ☐ APP ☐ UTT ☐ OTH |
| | | | | | | | | | | | | ☐ APP ☐ UTT ☐ OTH |
| | | | | | | | | | | | | ☐ APP ☐ UTT ☐ OTH |

84. Person Type: CM = Employer; OT = Other; CH = Child; SP = Spouse; PA = Parent; CD = Co-Defendant; AS = Associate; SC = School; LA = Lawyer; PO = Parole Officer; PR = Probation Officer; VI = Victim; WI = Witness; RE = Relative; CO = Complainant; RP = Religious Person; DR = Doctor

| TYPE | NAME (LAST, FIRST, MIDDLE, TITLE) | STREET-NAME & NUMBER | CITY / STATE / ZIP | TELEPHONE NO. |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

NARRATIVE

85. Defendant was Arrested on above charges. Defendant was Transported Back to our Station where he was placed into our cell to Await The Arrival of NYPD.

86. Arresting Officer's Signature: [signature]
87. ID No.: 125
88. Supervisor's Signature: [signature]
89. ID No.: 127
90. Arrest Made As A Result Of A SAFIS Latent Print Identification:
91.
92.
93.
94. Page 1 of 1

R C Police Information Network AEGIS PUBLIC SAFETY SYSTEM PAGE 1
DATE 08/09/2004 INCIDENT REPORT PL1190
TIME 11:23:55 FIN118471

---

INCIDENT #: 2004-00002711 ORI #: VSPD INCIDENT TYPE: PDAA P PD AGENCY

LOCATION . . : 49 E MAPLE AV VENUE: V/SUFFERN
NATURE OF CALL: CHECK FOR PARTY WANTED OUT OF NYC FOR HOMICIDE

| | DATE: | TIME: | |
|---|---|---|---|
| CALL . . . . . : | 05/24/2004 | 9:23:49 | MON |
| DISPATCH . . . : | 05/24/2004 | 9:24:12 | |
| ENROUTE . . . : | 05/24/2004 | 9:24:12 | |
| ARRIVE 1 . . . : | 05/24/2004 | 9:24:17 | |
| CLEAR . . . . . : | 05/24/2004 | 9:28:36 | |

AREA . : RAMAPO SECTION : 1A BEAT: AREA ONE
QUADRANT: SFD DISTRICT: MEDIC 23 GRID:

UNIT 1 #: 473 ID # 1: WILSON,GLEN,A, ID # 2:
UNIT 2 #: 475 ID # 3: BONKOSKI,JOHN,M, ID # 4:

RECEIVED ORI/ID : VSPD SANCHEZ,ANDRES,,
DISPATCH ORI/ID : VSPD SANCHEZ,ANDRES,,
DISPATCH SHIFT : 2ND 8 x 4
SOURCE . . . . : TELEPHONE REPORT REQUIRED: NO MUTUAL AID:
DISPOSITION . . : NO RPT RQD PRIORITY . . . : 3 CLEARED BY: SAN09471

DOCUMENTS:
Dispatch Narrative
Information on the units assigned to the call follows.
Unit#: 473 Radio#: 000 Ofcr 1: 125 Ofcr 2: 125
DSP: 05/24/04 09:24 ARV: 05/24/04 09:24 CLR: 05/24/04 09:28
Unit#: 475 Radio#: 000 Ofcr 1: 127 Ofcr 2: 127
DSP: 05/24/04 09:24 ARV: 05/24/04 09:24 CLR: 05/24/04 09:28

OFFICER NARRATIVE

OFFICER WILSON: I WAS ADVISED BY SGT.BONKOSKI THAT HE RECEIVED INFORMATION FROM SPRING VALLEY POLICE DEPARTMENT THAT A SUBJECT BY THE NAME OF GARNELL THOMPSON 04/08/1966 MIGHT BE STAYING AT 49 E.MAPLE THIS SUBJECT IS WANTED FOR QUESTIONING BY THE NYPD FOR A HOMICIDE. WHILE ON PATROL I DID OBSERVE A SUBJECT FITTING THE SUSPECTS DISCRIPTION ON PARK AVENUE. MYSELF AND SGT.BONKOSKI STOPED THIS SUBJECT AND BROUGHT HIM BACK TO OUR STATION WHERE HE WAS HE WAS IDENTIFIED BY OFFICER MARCIANO OF SPRING VALLEY PD AS NOT BEING THE SAME SUSPECT WANTED BY NYPD. WHILE AT THE STATION SGT.BONKOSKI ADVISED ME THAT HE HAD ANOTHER POSSIBLE SUSPECT WALKING ACROSS THE TRAIN TRACKS ON ORANGE AVENUE. THE SUBJECT AT OUR STATION WAS RELEASE D AND I RESPONDED TO ORANGE AVENUE TO ASSIST SGT.BONKOSKI.

MAHWAH POLICE DEPARTMENT, AND RAMAPO POLICE ASSISTED IN SEARCHING THE AREA. THE SUSPECT WAS FOUND HIDING IN THE WOODED AREA BEHIND THE BALL FIELD OFF OF PAT MALLONE DRIVE BY RAMAPO POLICE. SUSPECT WAS TURNED

OVER TO OUR DEPARTMENT. NYPD WAS CONTACTED AND STATED THEY WOULD RESP OND. SUSPECT WAS PLACED IN THE CELL TO AWAIT THE ARRIVAL OF NYPD. NYPD DET.'S RESPONDED AND P/U THE DEFENDANT .



# New York City Police Department

## *Mugshot Pedigree*

NAME : **THOMPSON, GARNELL**

| | | |
|---|---|---|
| NYSID # | : | 4935059Y |
| Arrest # | : | Q03002946-R |
| Arrest Date | : | 01/16/2003 |
| Top Charge | : | PL 2210500 |
| Date of Birth | : | 04/08/1966 |
| Age at Offense | : | 36 |
| Social Security # | : | 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 |
| PCT of Arrest | : | 104 |
| Source | : | LIVE |

PHYSICAL DESCRIPTION

| | | |
|---|---|---|
| Race | : | BLACK |
| Sex | : | MALE |
| Height | : | 6' 0" |
| Weight | : | 240 |
| Hair Length | : | |
| Hair Color | : | BLACK |
| Hair Type | : | KINKY |
| Skin Tone | : | |
| Eye Color | : | BROWN |

Scars, Marks Tatoos

| | | |
|---|---|---|
| Desc | : | |
| Location | : | |
| Bodyside | : | |
| | : | |
| Alias 1 | : | |
| Alias 2 | : | |
| Alias 3 | : | |
| Alias 4 | : | |

Det. Gac 1858 8-16-03 1850 hrs

COMPLAINT - FOLLOW UP INFORMATIONAL
PD 313-081A (Rev. 4-89)-31

| Crime | Pct. | OCCB No. | Complaint No. | Date of This Report |
|---|---|---|---|---|
| Homicide #10/2003 | 083 | | 66673 | 8/24/03 |

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | Follow-Up No. |
|---|---|---|---|---|
| | | 1562 | 083 sqd | 41 |

Complainant's Name - Last, First, M.I.: PSNY for Julissa Feliciano
Victim's Name - If Different:

Last Name, First, M.I. | Address, Include City, State, Zip | Apt. No.
Home Telephone | Business Telephone | Position / Relationship | Sex | Race | Date of Birth | Age

Total No. of Perpetrators | Wanted | Arrested | Weapon ☐ Used ☐ Possessed | Describe Weapon (If firearm, give color, make, calibre, type, model, etc.)

Perp. No. 1: ☐ Wanted ☐ Arrested | Last Name, First, M.I. | Address, Include City, State, Zip | Apt. No. | Res. Pct.
Sex | Race | Date of Birth | Age | Height Ft. In. | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No.
☐ Eyeglasses ☐ Sunglasses | Nickname, First Name, Alias | Clothing Description, Scars, Marks, M.O., Etc. (Continue in "Details"):

Perp. No. 2: ☐ Wanted ☐ Arrested | Last Name, First, M.I. | Address, Include City, State, Zip | Apt. No. | Res. Pct.
Sex | Race | Date of Birth | Age | Height Ft. In. | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No.
☐ Eyeglasses ☐ Sunglasses | Nickname, First Name, Alias | Clothing Description, Scars, Marks, M.O., Etc. (Continue in "Details"):

AREA WITHIN BOX FOR DETECTIVE/LATENT FINGERPRINT OFFICER ONLY. THIS BOX WILL BE UTILIZED BY INVESTIGATOR WHENEVER POSSIBLE AND MUST BE FULLY COMPLETED WHEN USING THIS FORM TO CLOSE A CASE "NO RESULTS."

Comp. Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report ☐ - Different (Explain in Details) ☐
Witness Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report ☐ - Different (Explain in Details) ☐
Canvass Conducted ☐ Yes ☐ No | If Yes - Make Entry in Body Re: Time, Date, Names, Addresses, Results | Crime Scene Visited ☐ Yes ☐ No | If Yes - Make Entry in Details Re: Time, Date, Evidence Obtained
Complainant Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results:
Witness Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results:
Crime Scene Dusted ☐ Yes ☐ No | By (Enter Results in Details) | Crime Scene Photos ☐ Yes ☐ No | By (Enter Results in Details)

If Closing Case "No Results," Check Appropriate Box and State Justification in Details:
☐ C-1 Improper Referral ☐ C-2 Inaccurate Facts ☐ C-3 No Evidence / Can't ID ☐ C-4 Uncooperative Complainant ☐ C-5 "Leads" Exhausted

DETAILS:

Investigation ; Homicide #10/2003
Subject ; Interview
Status ; Active

1. On this date at approx 1255 hrs I did interview Efrain Sanchez M/H/24 D.O.B. 3/17/79 104 Schaefer st 3R cell # 646 258 6758, he informed me that on this date a female know known to him as Janice who he has known 8-9 months told him that she knew about the girl killed in the park and that she knew the guy who killed her, she said she boyght the girl girl to him with a friend of hers named Manny, Janice had said the dead girl had stolen $5,000 $5,000.00 dollars from him, and she was given $300.00 to help.

2. At this time the informant satted that he became angry telling Janice to get out of his house, they argued and she pulled a knife on him, she fled the house and the police came and arrested him.

3. A short time later during a second interview the male stated to me that it was the second time she told him this staory, the 1st being approx 1 week ago when they were in the park at Covert st and Evergreen smoking marijuana, Janice told him that she did in fact fact take money to pick up the girl but she lost her courage to bring the girl and instead to took the girl to get food and cloths.

4. For your information .........

| CASE | DATE REVIEWED / CLOSED | IF ACTIVE, DATE OF NEXT REVIEW |
|---|---|---|
| ☐ ACTIVE ☐ CLOSED | 8/24 | |

| REPORTING OFFICER: | RANK | SIGNATURE | NAME PRINTED | TAX REG. NO. | COMMAND |
|---|---|---|---|---|---|
| | Det | [signature] | Ryan | 886434 | 083 |

| REVIEWING / CLOSING SUPERVISOR: | CASE CLOSED: | ENTER DESIGNATION OR | SIGNATURE | C.O.'s INITIALS |
|---|---|---|---|---|
| 82 | | | [signature] | |

COMPLAINT - FOLLOW UP INFORMATIONAL
PD 313-081A (Rev. 4-89)-31

| Crime | Pct. | OCCB No. | Complaint No. | Date of This Report |
|---|---|---|---|---|
| Homicide #10/2003 | 083 | | 66673 | 8/24/03 |

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | Follow-Up No. |
|---|---|---|---|---|
| 2-11-04 | 2-11-04 | 1562 | 083 sqd | 42 |

Complainant's Name - Last, First, M.I.: PSNY for Julissa Feliciano

Victim's Name - If Different:

Witness No. 1: Last Name, First, M.I. | Address, Include City, State, Zip | Apt. No. | Home Telephone | Business Telephone | Position/Relationship | Sex | Race | Date of Birth | Age

Perpetrators: Total No. of Perpetrators | Wanted | Arrested | Weapon ☐ Used ☐ Possessed | Describe Weapon (If firearm, give color, make, calibre, type, model, etc.)

Perp. No. 1: Wanted ☐ Arrested ☐ Last Name, First, M.I. | Address, Include City, State, Zip | Apt. No. | Res. Pct. | Sex | Race | Date of Birth | Age | Height Ft. In. | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No. | ☐ Eyeglasses ☐ Sunglasses | Clothing Description, | Nickname, First Name, Alias | Scars, Marks, M.O., Etc. (Continue in "Details"):

Perp. No. 2: Wanted ☐ Arrested ☐ Last Name, First, M.I. | Address, Include City, State, Zip | Apt. No. | Res. Pct. | Sex | Race | Date of Birth | Age | Height Ft. In. | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No. | ☐ Eyeglasses ☐ Sunglasses | Clothing Description, | Nickname, First Name, Alias | Scars, Marks, M.O., Etc. (Continue in "Details"):

AREA WITHIN BOX FOR DETECTIVE/LATENT FINGERPRINT OFFICER ONLY. THIS BOX WILL BE UTILIZED BY INVESTIGATOR WHENEVER POSSIBLE AND MUST BE FULLY COMPLETED WHEN USING THIS FORM TO CLOSE A CASE "NO RESULTS."

Comp. Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report ☐ - Different (Explain in Details) ☐

Witness Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report ☐ - Different (Explain in Details) ☐

Canvass Conducted ☐ Yes ☐ No | If Yes - Make Entry in Body Re: Time, Date, Names, Addresses, Results | Crime Scene Visited ☐ Yes ☐ No | If Yes - Make Entry in Details Re: Time, Date, Evidence Obtained

Complainant Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results:

Witness Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results:

Crime Scene Dusted ☐ Yes ☐ No | By (Enter Results in Details) | Crime Scene Photos ☐ Yes ☐ No | By (Enter Results in Details)

If Closing Case "No Results," Check Appropriate Box and State Justification in Details: ☐C-1 Improper Referral ☐C-2 Inaccurate Facts ☐C-3 No Evidence/Can't ID ☐C-4 Uncooperative Complainant ☐C-5 "Leads" Exhausted

DETAILS:

Investigation ; Homicide #10/2003
Subject ; Interview
Status ; ACtive

1. On this date at approx 1310 hrs I spoke with Janice Escuza f/h/17 d.o.b.11/25/85 AKA Blaze,she said she resides t [illegible] Weirfield,104 Schaefer st,and Halsey and Evergreen ave She denies any involvement with the above listed deceased only to say that before the [illegible] victim was killed she saw her in the park ,they smoked some weed and went to "Blacks" house on Halsey and Evergreen ave where she [illegible] Julissa a white shirt and gray sweatpants

2. Janice went on to say that later on [illegible]2WKS) she heard that julissa was saying that Janice had sent some girls to jump her,Janoca denied this and stated she was looking for Julissa and if she would have found her she would have kicked her ass but she never found her.

3. For Your Information......

| CASE ☐ACTIVE ☐CLOSED | DATE REVIEWED/CLOSED 8/26 | IF ACTIVE, DATE OF NEXT REVIEW |
|---|---|---|

| REPORTING OFFICER: | RANK Dett | SIGNATURE [signature] | NAME PRINTED Ryan | TAX REG. NO. 886434 | COMMAND 083 |
|---|---|---|---|---|---|

| REVIEWING/CLOSING SUPERVISOR: [signature] | CASE CLOSED: C | ENTER DESIGNATION ___ ORB | SIGNATURE [signature] | C.O.'s INITIALS |
|---|---|---|---|---|

1st COPY CRIMINAL RECORDS SECTION 2nd COPY UNIT REFERRED TO 3rd COPY BOROUGH ROBBERY SQUAD

**COMPLAINT - FOLLOW UP INFORMATIONAL**
PD 313-081A (Rev. 4-89)-31

| Crime | Pct. | OCCB No. | Complaint No. | Date of This Report |
|---|---|---|---|---|
| HOMICIDE# 10 | 83 | | 66673 | 8/18/03 |

| Date Orig. Report | Date Assigned | Case No. | Unit Reporting | Follow-Up No. |
|---|---|---|---|---|
| 8/16/03 | same | 1562 | 83 Squad | 36 |

Complainant's Name - Last, First, M.I.: PESANT FOR JULISA FELICIANO
Victim's Name - If Different:

Last Name, First, M.I. | Address, Include City, State, Zip | Apt. No.
Home Telephone | Business Telephone | Position / Relationship | Sex | Race | Date of Birth | Age

Total No. of Perpetrators | Wanted | Arrested | Weapon ☐ Used ☐ Possessed | Describe Weapon (If firearm, give color, make, calibre, type, model, etc.)

Perp. No. 1: Wanted ☐ Arrested ☐ | Last Name, First, M.I. | Address, Include City, State, Zip | Apt. No. | Res. Pct.
Sex | Race | Date of Birth | Age | Height ft. in. | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No.
☐ Eyeglasses ☐ Sunglasses | Clothing Description
Nickname, First Name, Alias | Scars, Marks, M.O., Etc. (Continue in "Details"):

Perp. No. 2: Wanted ☐ Arrested ☐ | Last Name, First, M.I. | Address, Include City, State, Zip | Apt. No. | Res. Pct.
Sex | Race | Date of Birth | Age | Height ft. in. | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No.
☐ Eyeglasses ☐ Sunglasses | Clothing Description
Nickname, First Name, Alias | Scars, Marks, M.O., Etc. (Continue in "Details"):

AREA WITHIN BOX FOR DETECTIVE/LATENT FINGERPRINT OFFICER ONLY. THIS BOX WILL BE UTILIZED BY INVESTIGATOR WHENEVER POSSIBLE AND MUST BE FULLY COMPLETED WHEN USING THIS FORM TO CLOSE A CASE "NO RESULTS."

Comp. Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report ☐ - Different (Explain in Details) ☐
Witness Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report ☐ - Different (Explain in Details) ☐
Canvass Conducted ☐ Yes ☐ No | If Yes - Make Entry in Body Re: Time, Date, Names, Addresses, Results | Crime Scene Visited ☐ Yes ☐ No | If Yes - Make Entry in Details Re: Time, Date, Evidence Obtained
Complainant Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results:
Witness Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results:
Crime Scene Dusted ☐ Yes ☐ No | By (Enter Results in Details) | Crime Scene Photos ☐ Yes ☐ No | By (Enter Results in Details)

If Closing Case "No Results," Check Appropriate Box and State Justification in Details: ☐C-1 Improper Referral ☐C-2 Inaccurate Facts ☐C-3 No Evidence / Can't ID ☐C-4 Uncooperative Complainant ☐C-5 "Leads" Exhausted

DETAILS:

INVESTIGATION: HOMICIDE# 10
SUBJECT: VISIT TO WANTED PERP"S LKA 250 Woodbine St.
STATSU: ACTIVE

1. Ont b thuis date at approx. 0830 Hrs. the undersigned, DET Barragan and SGT O'Neill along with members of BNHTF visited the wanted perp's last known address, 250 Woodbine St. An emergency entry was conducted along with a security sweep of the premises. Such was negative. All doors were secured prior to Police exit.

2. CASE ACTIVE.

CASE ☐ACTIVE ☐CLOSED | DATE REVIEWED/CLOSED 8/18 | IF ACTIVE, DATE OF NEXT REVIEW

REPORTING OFFICER: | RANK DET | SIGNATURE [signature] | NAME PRINTED O'Keefe | TAX REG. NO. 890680 | COMMAND 83 SQD

REVIEWING / CLOSING SUPERVISOR: | CASE CLOSED: C ______ OR 8 ______ | ENTER DESIGNATION | SIGNATURE [signature] | C.O.'s INITIALS

Perp 1 | Perp 2 | Perp 1 | Perp 2

... BOROUGH ROBBERY SQUAD

COMPLAINT - FOLLOW UP INFORMATIONAL
PD 313-081A (Rev. 4-89)-31

| Crime | Pct. | OCCB No. | Complaint No. | Date of This Report |
|---|---|---|---|---|
| Murder 2° | 083 | N/A | 66673 | 8-17-03 |

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | Follow-Up No. |
|---|---|---|---|---|
| 8-16-03 | 8-16-03 | 1562 | 83 PDS | 31 |

Complainant's Name - Last, First, M.I.: PSNY
Victim's Name - If Different: Feliciano, Julissa

Witness No. 1: Last Name, First, M.I. / Address, Include City, State, Zip / Apt. No. / Home Telephone / Business Telephone / Position / Relationship / Sex / Race / Date of Birth / Age

Perpetrators: Total No. of Perpetrators / Wanted / Arrested / Weapon ☐ Used ☐ Possessed / Describe Weapon (If firearm, give color, make, calibre, type, model, etc.)

Perp. No. 1: Wanted ☐ Arrested ☐ Last Name, First, M.I. / Address, Include City, State, Zip / Apt. No / Res. Pct. / Sex / Race / Date of Birth / Age / Height ft. in. / Weight / Eye Color / Hair Color / Hair Length / Facial Hair / NYSID No. / ☐ Eyeglasses ☐ Sunglasses / Clothing Description, / Nickname, First Name, Alias / Scars, Marks, M.O., Etc. (Continue in "Details"):

Perp. No. 2: Wanted ☐ Arrested ☐ Last Name, First, M.I. / Address, Include City, State, Zip / Apt. No / Res. Pct. / Sex / Race / Date of Birth / Age / Height ft. in. / Weight / Eye Color / Hair Color / Hair Length / Facial Hair / NYSID No. / ☐ Eyeglasses ☐ Sunglasses / Clothing Description, / Nickname, First Name, Alias / Scars, Marks, M.O., Etc. (Continue in "Details"):

AREA WITHIN BOX FOR DETECTIVE/LATENT FINGERPRINT OFFICER ONLY. THIS BOX WILL BE UTILIZED BY INVESTIGATOR WHENEVER POSSIBLE AND MUST BE FULLY COMPLETED WHEN USING THIS FORM TO CLOSE A CASE "NO RESULTS."

Comp. Interviewed ☐ Yes ☐ No / In Person ☐ / By Phone ☐ / Date / Time / Results: Same as Comp. Report ☐ - Different (Explain In Details) ☐
Witness Interviewed ☐ Yes ☐ No / In Person ☐ / By Phone ☐ / Date / Time / Results: Same as Comp. Report ☐ - Different (Explain In Details) ☐
Canvass Conducted ☐ Yes ☐ No / If Yes - Make Entry In Body Re: Time, Date, Names, Addresses, Results / Crime Scene Visited ☐ Yes ☐ No / If Yes - Make Entry In Details Re: Time, Date, Evidence Obtained
Complainant Viewed Photos ☐ Yes ☐ Refused ☐ Future / Results:
Witness Viewed Photos ☐ Yes ☐ Refused ☐ Future / Results:
Crime Scene Dusted ☐ Yes ☐ No / By (Enter Results In Details) / Crime Scene Photos ☐ Yes ☐ No / By (Enter Results In Details)
If Closing Case "No Results," Check Appropriate Box and State Justification In Details: ☐C-1 Improper Referral ☐C-2 Inaccurate Facts ☐C-3 No Evidence / Can't ID ☐C-4 Uncooperative Complainant ☐C-5 "Leads" Exhausted

DETAILS:

INVESTIGATION: MURDER 2°

SUBJECT: INTERVIEW VICTIM'S AUNT, IRIS VELASQUEZ

DETAILS:

1. On 8-17-03 I telephoned Iris Velasquez several times. She made up several excuses why she couldn't come in & seemed very nervous. She finally came in with her husband, Jose Salgado who is not fond of the police. Det. Wright & I interviewed her in the 83 PDS-RAM Interview Room at approx. 1815 hrs. Her D.O.B. is 2-3-59 residing at [redacted] She states she observed Rakaseem on 8-16-03 at approx. 1200 hrs. on the c/o Wilson Ave. & Woodbine St. He was wearing a green jersey with #34 on it, black baseball hat, black breakaway sweatpants, black sneakers & he was drinking "St. Ives" beer. He always wears that green jersey with #34 on it. He asked me where I was going & I told him to my mother-in-laws house, which is at 407 Wilson Ave. & right around the corner from my house. He, then, asked "Where's Divine at ?", who is my husband & I told him he was home. When I came home about 15 minutes later Rakaseem was sitting on his stoop at 250 Woodbine St. smoking marijuana. I know he sells marijuana in front of his house. He was with several other males. One was a white dude. He asked where I was going & I said upstairs, continued walking & went upstairs. My husband was upstairs, I came back downstairs & stood on my stoop drinking a soda. Rakaseem left his stoop & went to the store on the c/o Woodbine St. & Wilson Ave. approx. 3 times to buy beer. At about 1430 hrs. he came & sat with me on my stoop. I asked him "What's Going on ?" & he said "Everything is good." "I hope the lights don't come back on because I need some money." When he was sitting on the stairs he was selling marijuana. He kept it next to the garbage. He got up & went to his stoop at about 1500 hrs. My Sister-

12AM → 2:40AM [handwritten margin note, partly illegible]

CASE ☒ACTIVE ☐CLOSED / DATE REVIEWED / CLOSED 8/17 / IF ACTIVE, DATE OF NEXT REVIEW

| REPORTING OFFICER: RANK | SIGNATURE | NAME PRINTED | TAX REG. NO. | COMMAND |
|---|---|---|---|---|
| Det. | [signature] 1856 | James E. Griffin | 880971 | 83 PDS |

REVIEWING / CLOSING SUPERVISOR: 83 / CASE CLOSED: C / ENTER DESIGNATION ORB / SIGNATURE [signature] / C.O.'s INITIALS

COMPLAINT FOLLOW-UP INFORMATIONAL #31
PD 313-081A SECOND SHEET (Rev. 8-90)

| Pct. | Complaint No. | Date of This Report |
|---|---|---|
| 083 | 66673 | 8-17-03 |

DETAILS: -CONTINUED-

In-Law, Lizell, the one who has my kids, came at about 1505 hrs.. Rakaseem came came over to say hello to her & my kids. Julissa came to my house at about 1615 hrs. walking down from Knickerbocker Ave. & Woodbine St. by herself. I sent her upstairs so she could get something to eat. She came down with a sandwich & a soda & stood on my stoop with my stepson, Jamal Salgado. I left to go shopping with Lizell & told Julissa to stay there. Rakaseem remained sitting on his stoop. I did not see Rakaseem & Julissa have any conversation. Rakaseem had too much to drink that day. I returned home at about 1815 hrs. & Julissa was not there. Rakaseem wasn't on the stoop at this time. I went upstairs & asked my husband where Julissa was & he said that she left saying she'll be back later. I went downstairs, walked up the block & asked several males on Rakaseem's stoop where Rakaseem was . They said up the block. I walked up the block to Wilson Ave. & Woodbine St. I saw Rakaseem with several other males drinking beer. I asked him if he saw my husband & he said "Yeah, he's at the house". I stood on the corner & I saw Rakaseem leave the corner & walk-to to his house & back several times. He wasn't acting right. My husband came at about 2000 hrs. to the corner. At about 2030 hrs. Rakaseem left & went around the corner to his block. He came back about 10 minutes later. My daughter, Irene, & her husband, Allan, came at about 2100 hrs. They asked if we wanted to go to Coney Island, Rakaseem said yes. Rakaseem goes to his house & comes back with a blue towell wrapped around his hand. I said I didn't want to go & they could go with Rakaseem. They said they didn't want Rakaseem to go. Rakaseem left after 10 minutes with the blue towell wrapped around his hand. I asked my daughter why he had the blue towell wrapped around his hand. I thought it was strange. He came back about 5 minutes later without the towell. It is now about 2115 hrs. & we all stood there talking. At about 2200 hrs. my daughter & her husband said they weren't going to Coney Island. They left at about 2230 hrs.. I went upstairs to eat & offered Rakaseem some food. I was upstairs & my son, Jamal, came up about 2300 hrs. with an empty plate. I asked for Rakaseem & he said he didn't know where he was. I sat down & finished eating about 2310 hrs. I got up & my husband came up. I asked where Rakaseem was & he said around the corner. I was eating at my Mother-In-Law's house, 407 Wilson Ave.. My husband went in the shower at his mother's house at about 2330 hrs. I looked out the window for Rakaseem to give him food & I didn't see him. Several minutes later I looked out the window & I saw Rakaseem. I asked him if he wanted food & he said to bring it down. I came down & asked why he didn't come up. He said he didn't like the people in front of the house. He was drinking another beer. I don't know where he bought that beer because the store on the c/o Wilson Ave. & Woodbine closed at 2200 hrs. He left with the food & said he'll be around the corner. I went upstairs at my Mother-In-Laws to take a shower because we don't have hot-wat water. I came down about 0040 hrs. & walked home. I saw Rakaseem with several other males in front of his house. My husband stood there talking & I went to my house. Rakaseem started walking with me & I asked him where he was going. He said "To the store to buy beer for me & the fella's & a philly." I went upstairs & he went to Woodbine & Wilson & Made a right. I left the door open for my husband & got ready for bed. At about 0230 hrs. Rakaseem walked in my house. He was now wearing a white tee shirt, gray breakaway sweatpants. He no longer had the green jersey or black baseball hat on. He was sweating alot. He asked for my husband & I called him on his cell. tel. #917 415-5130 to tell him that Rakaseem was here. He said to tell Rakaseem he'd be right up. I asked him where he was & he said by his mothers house. My husband has another job cell. #917 335-7109. I asked Rakaseem how he got up here & he said the door was open. When he came into my air conditioned bedroom he stretched his arms out & said "What a relief. It's nice & cool ." He was in the house about 5 minutes & he left. My husband came right up. I asked him if he saw Rakaseem & he said yes. ~~[illegible]~~ I asked him what he said & he said "nothing." He, then, said that Rakaseem said he was going home to bed because he had to go see his daughter the next day. I think in Manhattan. My husband, then, told me to relax because he has to tell me something. He told me that my niece, Julissa, got shot. He said he went in the car with his friend, Jay, to go to the store & he saw the police by the park on Halsey St.. Him & Jay saw my nephew, Jose, & they got out of the car to ask Jose what happened. Jose told him that he heard shots from a couple of blocks away & came to the park after someone told him Julissa got shot in the park. I got dressed & went to the park with my husband. When I got there I saw an unknown Puerto-Rican man who said he witnessed the shooting & that a guy wearing a green jersey with #34 on it did it. I was told by him that he gave Julissa's mother, Yvonne, his tel. #. He was talking to me & my sister, Dee. I came to the park in Jay's car with my husband. I left the park with my husband on foot to my Sister-In-Law's house, Lizell, with my step-son "Divine" aka Jose Jr.. She lives at 172 Eldert St. 2nd flr. & tel. #718 453-6401 about 0600 hrs. Irene & her man, Allan also came to the house. My husband fell asleep on Lizell's sofa. We were drinking coffee & I went on the front stoop with Lizell, Irene & Allan. Lizell asked us what we thought about it. I said "In my heart I think it was Rockaseem" Julissa told me & her mother if anything ever happens to her it would be Rakaseem. This is about 0730 hrs. My daughter agreed because 1 mo. ago while sitting in front of my house Rakaseem told Irene that he's fed up with Julissa, I can't stand her & one of these days I'm going to kill her. About 2 mos. ago Julissa had a small, brown, revolver handgun & I saw it had bullets. I asked her where she got it from & she said Rakaseem.

[Handwritten margin notes: "Acting strange at 6:15 PM"; "change story from 2:40 AM to 12:40 AM"; "went to store after speaking to her"; "right to Woodbine & Wilson is walking away from park"; "Small brown revolver? stole 2 months ago"; "why did she have food?"; "Changed clothes 2:30 AM"]

| CASE | DATE REVIEWED/CLOSED | IF ACTIVE, DATE OF NEXT REVIEW |
|---|---|---|
| [X] ACTIVE [ ] CLOSED | 8/17 | |

| REPORTING OFFICER: | RANK | SIGNATURE | NAME PRINTED | TAX REG. NO. | COMMAND |
|---|---|---|---|---|---|
| | Det. | [signature] 1856 | James E. Griffin | 880971 | 83 PDS |

| REVIEWING/CLOSING SUPERVISOR: | CASE CLOSED: | ENTER DESIGNATION | SIGNATURE | C.O.'s INITIALS |
|---|---|---|---|---|
| [initials] | | C ___ OR B ___ | [signature] | |

1st COPY CRIMINAL RECORDS SECTION 2nd COPY UNIT REFERRED TO 3rd COPY BOROUGH ROBBERY SQUAD



COMPLAINT FOLLOW-UP INFORMATIONAL #31
PD 313-081A SECOND SHEET (Rev. 8-90)-H-1

| Page 3 of 3 Pages | | |
|---|---|---|
| Pct. | Complaint No. | Date of This Report |
| 083 | 66673 | 8-17-03 |

DETAILS: -CONTINUED-

She said she stole it from Rakaseem. At approx. 0830 hrs. my husband, Divine, woke up & & said he was going home to rest. I told him I'm not going home yet but when I get home I want to talk to you about Rakaseem. I think Rakaseem did it. He did it. Divine said " If he did it he needs to pay" & he went home. I went to my brother, Daniel's house at 190 Schaefer St. 2nd flr. tel. #718 919-9894. I told him what happened & I got home at approx. 1100 hrs. The white guy & his girlfriend were on Rakaseem's stoop. I think the white guy lives on the 2nd flr. I didn't see Rakaseem & I asked the white guy where he was. He said he left at about 0500 hrs. I asked if he told them where he was going & they said no. I asked if he left with anything & they said no. I went upstairs about 1105 hrs. & my husband was awake. I said to him"Where's Rakaseem ?" He left at 0500 hrs. Where did he go ?" & I began to discuss my suspicions. Rakaseem doesn't work. He collects unemployment. He doesn't own a car. He has no phone. Rakaseem told me 3 wks. ago that he was fed up with Julissa because she keeps saying shit about him. She knows too much about him. She keeps telling people things about him & about what he's got. They're going to kill her.

2. CASE ACTIVE, PENDING INVESTIGATION.

Neighbor S[illegible] didn't leave with anything

Said somebody else is going to kill her

| CASE: ☒ACTIVE ☐CLOSED | DATE REVIEWED/CLOSED 8/17 | IF ACTIVE, DATE OF NEXT REVIEW | | |
|---|---|---|---|---|
| REPORTING OFFICER: | RANK Det. | SIGNATURE 1856 | NAME PRINTED James E. Griffin | TAX REG. NO. 880971 | COMMAND 83 PDS |
| REVIEWING/CLOSING SUPERVISOR: | CASE CLOSED: C______ OR B______ | ENTER DESIGNATION | SIGNATURE | C.O.'s INITIALS |

1st COPY CRIMINAL RECORDS SECTION 2nd COPY UNIT REFERRED TO 3rd COPY BOROUGH ROBBERY SQUAD

COMPLAINT - FOLLOW UP INFORMATIONAL
PD 313-081A (Rev. 4-89)-31

PAGE 1 OF 2 PAGE

| Crime | Pct. | OCCB No. | Complaint No. | Date of This Report |
|---|---|---|---|---|
| Murder 2° | 083 | N/A | 66673 | 8-17-03 |

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | Follow-Up No. |
|---|---|---|---|---|
| 8-16-03 | 8-16-03 | 1562 | 83 PDS | 28 |

| Complainant's Name - Last, First, M.I. | Victim's Name - If Different |
|---|---|
| PSNY | Faliciano, Julissa |

Witness No. 1: Last Name, First, M.I. | Address, Include City, State, Zip | Apt. No
Home Telephone | Business Telephone | Position/Relationship | Sex | Race | Date of Birth | Age

Perpetrators: Total No. of Perpetrators | Wanted | Arrested | Weapon ☐ Used ☐ Possessed | Describe Weapon (If firearm, give color, make, calibre, type, model, etc.)

Perp. No. 1: Wanted ☐ Arrested ☐ Last Name, First, M.I. | Address, Include City, State, Zip | Apt. No | Res. Pct.
Sex | Race | Date of Birth | Age | Height ft. in. | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No.
☐ Eyeglasses ☐ Sunglasses | Clothing Description,
Nickname, First Name, Alias | Scars, Marks, M.O., Etc. (Continue in "Details"):

Perp. No. 2: Wanted ☐ Arrested ☐ Last Name, First, M.I. | Address, Include City, State, Zip | Apt. No | Res. Pct.
Sex | Race | Date of Birth | Age | Height ft. in. | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No.
☐ Eyeglasses ☐ Sunglasses | Clothing Description,
Nickname, First Name, Alias | Scars, Marks, M.O., Etc. (Continue in "Details"):

AREA WITHIN BOX FOR DETECTIVE/LATENT FINGERPRINT OFFICER ONLY. THIS BOX WILL BE UTILIZED BY INVESTIGATOR WHENEVER POSSIBLE AND MUST BE FULLY COMPLETED WHEN USING THIS FORM TO CLOSE A CASE "NO RESULTS."

Comp. Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report ☐ - Different (Explain in Details) ☐
Witness Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report ☐ - Different (Explain in Details) ☐
Canvass Conducted ☐ Yes ☐ No | If Yes - Make Entry in Body Re: Time, Date, Names, Addresses, Results | Crime Scene Visited ☐ Yes ☐ No | If Yes - Make Entry in Details Re: Time, Date, Evidence Obtained
Complainant Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results:
Witness Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results:
Crime Scene Dusted ☐ Yes ☐ No | By (Enter Results in Details) | Crime Scene Photos ☐ Yes ☐ No | By (Enter Results in Details)

If Closing Case "No Results," Check Appropriate Box and State Justification in Details:
☐C-1 Improper Referral ☐C-2 Inaccurate Facts ☐C-3 No Evidence/Can't ID ☐C-4 Uncooperative Complainant ☐C-5 "Leads" Exhausted

DETAILS:

INVESTIGATION: MURDER 2°

SUBJECT: INTERVIEW EYEWITNESS, SHIQUON ALSTON

DETAILS:

1. As per earlier conversation & arrangement with witness by Det. Michael Panichi, 77 PDS, I respond to 77 PDS along with Det. Wright & Sgt. Bridgeman.Det. Panichi introduces us to P.A.A. Brenda Danials , assigned to the 77 Pct, [redacted] her daughter (unidentified) & eyewitness, Shiquon Alston who is P.A.A. Daniels son.

2. I interview Shiquon Alston DOB 12-10-83, [redacted] along with Det. Wright & Sgt Bridgeman in the presence of his mother & sister who are there to support him. Interview begins at 0115 hrs. & ends at 0145 hrs.. He states he knows Julissa due to her being a neighbor for approx. 5-6 yrs. until approx. 2 yrs. ago. He states he was walking through the park on 8-16-03 at approx. 0030 hrs. to 0100 hrs. & saw Julissa sitting on a bench. He sat down & had a conversation with her. She told him there was a guy that was in love with her that keeps following her around & she does not share the same feelings. She said she was afraid of him because she didn't know what he was capable of . At that moment she sees him outside the park & says to me that's him wearing the green jersey with #34 on it. I try not to look because I don't want to make eye contact with him hoping he'll just walk away. He, then, approaches us & I have my knife with brown handle (folding) opened & on my lap. He comes up to us & says "Yo son, Move away from her." He pulls out a black rev-olver from a black, plastic bag. I got up & ran, dropping the knife from my lap to the ground as I ran, As I got about 3 or 4 feet away I heard shots & it sounded like a cap gun. I slowed down because I really did think it was a cap gun until

CASE ☒ACTIVE ☐CLOSED | DATE REVIEWED/CLOSED 8/17 | IF ACTIVE, DATE OF NEXT REVIEW

| REPORTING OFFICER: | RANK Det. | SIGNATURE [signature] 1856 | NAME PRINTED James E. Griffin | TAX REG. NO. 880971 | COMMAND 83 PDS |
|---|---|---|---|---|---|

REVIEWING/CLOSING SUPERVISOR: [initials] | CASE CLOSED: C ___ OR B | ENTER DESIGNATION | SIGNATURE [signature] | C.O.'S INITIALS

COMPLAINT FOLLOW-UP INFORMATIONAL #28

PD 313-081A SECOND SHEET (Rev. 8-90)-H-1

| Page | of | Pct. | Complaint No. | Date of This Report |
|---|---|---|---|---|
| 2 | 2 Pages | 083 | 66673 | 8-17-03 |

DETAILS: --CONTINUED--

it sounded like a bullet struck the tree branch over my head. He let off about 5 shots as I was running. When I heard the bullet strike the tree branch I realized the gun was real & began to run real fast in a zig-zag pattern.I never looked back because I thought Julissa ran too. I ran all the way home from the park. When I got home I checked to see if I was hit & I wasn't. I stood in the house. My brother, Scotty Capers, came home approx. 0230 x 0245 hrs. & he said somebody got shot in the park. The park is Irving Square Park on Halsey to Wairfield, Knickerbocker to Wilson. I told my brother it was Julissa. He asked me how I knew & I told him the guy was shooting at me. I found out that she died in the afternoon of 8-16-03 when my friend, Quana, told me when I called her on the telephone. When he was approaching us in the park I took a brown handle, folding knife out of my front, right pocket, opened it & placed it on my lap in case I needed it for self defense. When I ran the knife fell on the ground. He was heavy, late 20's to early 30's & braids. I would probably recognize him if I saw him in person. I haven't slept since the incident.

3. On 8-17-03 at approx. 0420 hrs. in the 77 PDS Det. Wright, Sgt. Bridgeman & I show eyewitness, Shiquon Alston, a Photo Array #74028, which was developed from PIMS in color format. He positively identifies photo #2, subject NYSID #4935059Y, Garnell Thompson. as the perpetrator.

4. CASE ACTIVE, PENDING INVESTIGATION.

| CASE | DATE REVIEWED/CLOSED | IF ACTIVE, DATE OF NEXT REVIEW |
|---|---|---|
| ☒ACTIVE ☐CLOSED | 8/17 | |

| REPORTING OFFICER: | RANK | SIGNATURE | | NAME-PRINTED | TAX REG. NO. | COMMAND |
|---|---|---|---|---|---|---|
| | Det. | | 1856 | James E. Griffin | 880971 | 83 PDS |

| REVIEWING/CLOSING SUPERVISOR: | CASE CLOSED: | ENTER DESIGNATION | SIGNATURE | C.O.'S INITIALS |
|---|---|---|---|---|
| 87 | | C ____ OR B ____ | | |

1st COPY CRIMINAL RECORDS SECTION 2nd COPY UNIT REFERRED TO 3rd COPY BOROUGH ROBBERY SQUAD

COMPLAINT - FOLLOW UP INFORMATIONAL
PD 313-081A (Rev. 4-89)-31

PAGE 1 OF 1 PAGE

| Crime | Pct. | OCCB No. | Complaint No. | Date of This Report |
|---|---|---|---|---|
| Murder 2° | 083 | N/A | 66673 | 8-16-03 |

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | Follow-Up No. |
|---|---|---|---|---|
| 8-16-03 | 8-16-03 | 1562 | 83 PDS | 25 |

| Complainant's Name - Last, First, M.I. | Victim's Name - If Different |
|---|---|
| PSNY | Feliciano, Julissa |

Witness No. 1: Last Name, First, M.I. | Address, Include City, State, Zip | Apt. No. | Home Telephone | Business Telephone | Position / Relationship | Sex | Race | Date of Birth | Age

Perpetrators: Total No. of Perpetrators | Wanted | Arrested | Weapon ☐ Used ☐ Possessed | Describe Weapon (if firearm, give color, make, calibre, type, model, etc.)

Perp. No. 1: Wanted ☐ Arrested ☐ | Last Name, First, M.I. | Address, Include City, State, Zip | Apt. No. | Res. Pct. | Sex | Race | Date of Birth | Age | Height Ft. In. | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No. | ☐ Eyeglasses ☐ Sunglasses | Nickname, First Name, Alias | Clothing Description | Scars, Marks, M.O., Etc. (Continue in "Details"):

Perp. No. 2: Wanted ☐ Arrested ☐ | Last Name, First, M.I. | Address, Include City, State, Zip | Apt. No. | Res. Pct. | Sex | Race | Date of Birth | Age | Height Ft. In. | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No. | ☐ Eyeglasses ☐ Sunglasses | Nickname, First Name, Alias | Clothing Description | Scars, Marks, M.O., Etc. (Continue in "Details"):

AREA WITHIN BOX FOR DETECTIVE/LATENT FINGERPRINT OFFICER ONLY. THIS BOX WILL BE UTILIZED BY INVESTIGATOR WHENEVER POSSIBLE AND MUST BE FULLY COMPLETED WHEN USING THIS FORM TO CLOSE A CASE "NO RESULTS."

Comp. Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report ☐ - Different (Explain in Details) ☐

Witness Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report ☐ - Different (Explain in Details) ☐

Canvass Conducted ☐ Yes ☐ No | If Yes - Make Entry in Body Re: Time, Date, Names, Addresses, Results | Crime Scene Visited ☐ Yes ☐ No | If Yes - Make Entry in Details Re: Time, Date, Evidence Obtained

Complainant Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results:

Witness Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results:

Crime Scene Dusted ☐ Yes ☐ No | By (Enter Results in Details) | Crime Scene Photos ☐ Yes ☐ No | By (Enter Results in Details)

If Closing Case "No Results," Check Appropriate Box and State Justification in Details: ☐C-1 Improper Referral ☐C-2 Inaccurate Facts ☐C-3 No Evidence / Can't ID ☐C-4 Uncooperative Complainant ☐C-5 "Leads" Exhausted

DETAILS:

**INVESTIGATION: MURDER 2°**

**SUBJECT: INTERVIEW VICTIM'S MOTHER, YVONNE LOPEZ**

**DETAILS:**

1. On 8-16-03 at approx. 1448 hrs. I interviewed the victim's mother, Yvonne Lopez DOB 5-6-64 residing at 85 Crooke Ave. apt. 8 Bklyn, NY [redacted] in the 83 PDS-RAM Interview Room. She states that on this date after 1000 hrs. her sister, Iris, called her & said she knows Rockaseem killed my daughter. Julissa told Iris' daughter, Irene, that Rorkaseem was going to kill her. At about 7 p.m. Julissa called me & said she needed 40 dollars to give to someone.
2. CASE ACTIVE, PENDING INVESTIGATION.

| CASE | DATE REVIEWED / CLOSED | IF ACTIVE, DATE OF NEXT REVIEW |
|---|---|---|
| ☒ ACTIVE ☐ CLOSED | | |

| REPORTING OFFICER: | RANK | SIGNATURE | NAME PRINTED | TAX REG. NO. | COMMAND |
|---|---|---|---|---|---|
| | Det. | [signature] 1856 | James E. Griffin | 880971 | 83 PDS |

| REVIEWING / CLOSING SUPERVISOR: | CASE CLOSED: | ENTER DESIGNATION ___ ORB | SIGNATURE | C.O.'s INITIALS |
|---|---|---|---|---|
| | | | | |

COMPLAINT FOLLOW-UP INFORMATIONAL
PD 313-081A (Rev. 4-89)-31

| Crime | Pct. | OCCB No. | Complaint No. | Date of This Report |
|---|---|---|---|---|
| Murder 2* | 083 | N/A | 66673 | 8-16-03 |

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | Follow-Up No. |
|---|---|---|---|---|
| 8-16-03 | 8-16-03 | 1562 | 83 PDS | 21 |

Complainant's Name - Last, First, M.I.: PSNY

Victim's Name - If Different: Feliciano, Julissa

Last Name, First, M.I. | Address, Include City, State, Zip | Apt. No.

Home Telephone | Business Telephone | Position / Relationship | Sex | Race | Date of Birth | Age

Total No. of Perpetrators | Wanted | Arrested | Weapon ☐ Used ☐ Possessed | Describe Weapon (If firearm, give color, make, calibre, type, model, etc.)

Perpetrators

Perp. No. 1: Wanted ☐ Arrested ☐ Last Name, First, M.I. | Address, Include City, State, Zip | Apt. No. | Res. Pct.
Sex | Race | Date of Birth | Age | Height ft. in. | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No.
☐ Eyeglasses ☐ Sunglasses | Clothing Description,
Nickname, First Name, Alias | Scars, Marks, M.O., Etc. (Continue in "Details")

Perp. No. 2: Wanted ☐ Arrested ☐ Last Name, First, M.I. | Address, Include City, State, Zip | Apt. No. | Res. Pct.
Sex | Race | Date of Birth | Age | Height ft. in. | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No.
☐ Eyeglasses ☐ Sunglasses | Clothing Description,
Nickname, First Name, Alias | Scars, Marks, M.O., Etc. (Continue in "Details")

AREA WITHIN BOX FOR DETECTIVE/LATENT FINGERPRINT OFFICER ONLY. THIS BOX WILL BE UTILIZED BY INVESTIGATOR WHENEVER POSSIBLE AND MUST BE FULLY COMPLETED WHEN USING THIS FORM TO CLOSE A CASE "NO RESULTS."

Comp. Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report ☐ - Different (Explain in Details) ☐

Witness Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report ☐ - Different (Explain in Details) ☐

Canvass Conducted ☐ Yes ☐ No | If Yes - Make Entry in Body Re: Time, Date, Names, Addresses, Results | Crime Scene Visited ☐ Yes ☐ No | If Yes - Make Entry in Details Re: Time, Date, Evidence Obtained

Complainant Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results:

Witness Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results:

Crime Scene Dusted ☐ Yes ☐ No | By (Enter Results in Details) | Crime Scene Photos ☐ Yes ☐ No | By (Enter Results in Details)

If Closing Case "No Results," Check Appropriate Box and State Justification In Details:
☐C-1 Improper Referral ☐C-2 Inaccurate Facts ☐C-3 No Evidence / Can't ID ☐C-4 Uncooperative Complainant ☐C-5 "Leads" Exhausted

DETAILS:

INVESTIGATION: MURDER 2*

SUBJECT: INTERVIEW VICTIM'S AUNT, DIANA RAMIREZ & MARIA HERNANDEZ

DETAILS:

1. On 8-16-03 at approx. 0740 hrs. I interviewed 2 individuals in the 83 PDS-RAM Interview Room. They are the victim's Aunt, Diana Ramirez a.k.a. Dee-Dee DOB 2-26-62 residing at [redacted] & her domestic partner, Maria Hernandez DOB 1-29-61 same residence & res. tel. #. Her work tel. # [redacted]. They state that Diana's sister, Iris Velasquez [redacted]. & also victim's Aunt, called them 2 or 3 days ago stating that Rockaseem stated he was going to kill Julissa because she is talking too much. He has 2 or 3 guns in his house. This morning when we left the park (crime scene) "Alan", who is Iris' son-in-law & a NYC Corrections Officer on Rikers Island, his tel. [redacted] stated to us "Rockaseem killed your niece". He said that Rockaseem showed "Alan" 3 guns in the past. Rockaseem lives on Woodbine St, between Knickerbocker & Wilson Ave. There were people shooting at her & my nephew, Jose Trinidad, a few weeks ago, Julissa also told them that "50 Cent" is always beating her up & she hid from him.

2. CASE ACTIVE, PENDING INVESTIGATION.

Aunt says people were shooting at Julissa a few weeks ago

| CASE | DATE REVIEWED / CLOSED | IF ACTIVE, DATE OF NEXT REVIEW |
|---|---|---|
| ☒ACTIVE ☐CLOSED | 8/16 | |

| REPORTING OFFICER: | RANK | SIGNATURE | | NAME PRINTED | TAX REG. NO. | COMMAND |
|---|---|---|---|---|---|---|
| | Det. | | 1856 | James E. Griffin | 880971 | 83 PDS |

| REVIEWING / CLOSING SUPERVISOR: | CASE CLOSED: | ENTER DESIGNATION | SIGNATURE | C.O.'s INITIALS |
|---|---|---|---|---|
| | C | OR B | | |

1st COPY CRIMINAL RECORDS SECTION 2nd COPY UNIT REFERRED TO 3rd COPY BOROUGH ROBBERY SQUAD

COMPLAINT - FOLLOW UP INFORMATIONAL
PD 313-081A (Rev. 4-89)-31

| Crime | Pct. | OCCB No. | Complaint No. | Date of This Report |
|---|---|---|---|---|
| Murder 2° | 083 | N/A | 66673 | 8-16-03 |

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | Follow-Up No. |
|---|---|---|---|---|
| 8-16-03 | 8-16-03 | 1562 | 83 PDS | 24 |

Complainant's Name - Last, First, M.I.: PSNY

Victim's Name - If Different: Feliciano, Julissa

Witness No. 1 — Last Name, First, M.I. | Address, Include City, State, Zip | Apt. No. | Home Telephone | Business Telephone | Position / Relationship | Sex | Race | Date of Birth | Age

Perpetrators — Total No. of Perpetrators | Wanted | Arrested | Weapon ☐ Used ☐ Possessed | Describe Weapon (If firearm, give color, make, calibre, type, model, etc.)

Perp. No. 1 — Wanted ☐ Arrested ☐ | Last Name, First, M.I. | Address, Include City, State, Zip | Apt. No | Res. Pct. | Sex | Race | Date of Birth | Age | Height Ft. In. | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No. | ☐ Eyeglasses ☐ Sunglasses | Nickname, First Name, Alias | Clothing Description, | Scars, Marks, M.O., Etc. (Continue in "Details"):

Perp. No. 2 — Wanted ☐ Arrested ☐ | Last Name, First, M.I. | Address, Include City, State, Zip | Apt. No | Res. Pct. | Sex | Race | Date of Birth | Age | Height Ft. In. | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No. | ☐ Eyeglasses ☐ Sunglasses | Nickname, First Name, Alias | Clothing Description, | Scars, Marks, M.O., Etc. (Continue in "Details"):

AREA WITHIN BOX FOR DETECTIVE/LATENT FINGERPRINT OFFICER ONLY. THIS BOX WILL BE UTILIZED BY INVESTIGATOR WHENEVER POSSIBLE AND MUST BE FULLY COMPLETED WHEN USING THIS FORM TO CLOSE A CASE "NO RESULTS."

Comp. Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report ☐ - Different (Explain in Details) ☐

Witness Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report ☐ - Different (Explain in Details) ☐

Canvass Conducted ☐ Yes ☐ No | If Yes - Make Entry in Body Re: Time, Date, Names, Addresses, Results | Crime Scene Visited ☐ Yes ☐ No | If Yes - Make Entry in Details Re: Time, Date, Evidence Obtained

Complainant Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results:

Witness Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results:

Crime Scene Dusted ☐ Yes ☐ No | By (Enter Results in Details) | Crime Scene Photos ☐ Yes ☐ No | By (Enter Results in Details)

If Closing Case "No Results," Check Appropriate Box and State Justification in Details: ☐C-1 Improper Referral ☐C-2 Inaccurate Facts ☐C-3 No Evidence/Can't ID ☐C-4 Uncooperative Complainant ☐C-5 "Leads" Exhausted

DETAILS:

INVESTIGATION: MURDER 2°

SUBJECT: INTERVIEW IRIS VELASQUEZ

DETAILS:

1. On 8-16-03 at approx. 1200 hrs. I interviewed Iris Velasquez, D.O.B. 2-3-59, who resides at [redacted], wife of Jose Salgado, in the 83 PDS-RAM interview Room. She states Julissa would stay at her house from time to time. She would also stay with Rockaseem at 250 Woodbine St. 1st flr. He lives there by himself. Last night I saw him & he was wearing a green jersey with #34 on it, braids, one lazy eye & gray pants. Around the time Julissa was shot Rockaseem came to my house looking for my husband, Jose. He was all sweaty & acting strange. He went home, changed & left at 0500 hrs. to visit his daughter. He told me that he was upset with Julissa because she was telling people about him selling drugs & that he has guns. He also caught her cheating. He lives at 250 Woodbine St. ground flr. You go all the way to the rear, through the bathroom, make a right, go through the kitchen & into his SRO. He sells weed & has guns at this location. When I saw him he had a blue towell with him. He's approx. 36-38 years old. He told me in the past that he wanted to kill Julissa.

2. CASE ACTIVE, PENDING INVESTIGATION.

Gray Pants
Black jogging shorts
blue towel
Acting strange
Few things
aw ac 9T
5 AM

| CASE ☒ ACTIVE ☐ CLOSED | DATE REVIEWED / CLOSED 8/16 | IF ACTIVE, DATE OF NEXT REVIEW |
|---|---|---|

| REPORTING OFFICER: | RANK Det. | SIGNATURE [signature] 1856 | NAME PRINTED James E. Griffin | TAX REG. NO. 880971 | COMMAND 83 PDS |
|---|---|---|---|---|---|
| REVIEWING/CLOSING SUPERVISOR: 83 | CASE CLOSED: C | ENTER DESIGNATION ___ ORB | SIGNATURE [signature] | C.O.'s INITIALS | |

1st COPY CRIMINAL RECORDS SECTION 2nd COPY UNIT REFERRED TO 3rd COPY BOROUGH ROBBERY SQUAD

COMPLAINT - FOLLOW UP INFORMATIONAL
PD 313-081A (Rev. 4-89)

| Crime | Pct. | OCCB No. | Complaint No. | Date of This Report |
|---|---|---|---|---|
| Murder 2° | 083 | N/A | 66673 | 8-16-03 |

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | Follow-Up No. |
|---|---|---|---|---|
| 8-16-03 | 8-16-03 | 1562 | 83 PDS | 4 |

Complainant's Name - Last, First, M.I.: PSNY Kdr
Victim's Name - If Different: Feliciano, Julissa

AREA WITHIN BOX FOR DETECTIVE/LATENT FINGERPRINT OFFICER ONLY. THIS BOX WILL BE UTILIZED BY INVESTIGATOR WHENEVER POSSIBLE AND MUST BE FULLY COMPLETED WHEN USING THIS FORM TO CLOSE A CASE "NO RESULTS."

If Closing Case "No Results," Check Appropriate Box and State Justification in Details: ☐C-1 Improper Referral ☐C-2 Inaccurate Facts ☐C-3 No Evidence/Can't ID ☐C-4 Uncooperative Complainant ☐C-5 "Leads" Exhausted

DETAILS:

INVESTIGATION: MURDER 2°

SUBJECT: INTERVIEW JOSE TRINIDAD AT CRIME SCENE

DETAILS:

1. On 8-16-03 at approx. 0200 hrs. I observe Jose Trinidad D.O.B. 4-22-85 residing at [redacted] He enters park on bicycle, jumps off bicycle & runs toward victim. I intercept him & he identifies himself as victims cousin. He's emotional at this time & I attempt to calm him down. After he appears to calm down I conduct interview at approx. 0205 hrs.. He states that the victim, Julissa Feliciano, owes some people money but she never told him who or how much nor a reason. He observed Julissa walking in the vicinity approx. 1~~1/2~~ one half hour ago. He states he learned that Julissa was shot minutes ago. The person that informed him was his friend, Carlito Lopez, who resides at 464 Wilson Ave. Apt. 3R Bklyn, NY on the street. Carlito, then, gave him his bicycle & he rushed here. Also present moments later & approaches Jose is informer's brother, Steven Lopez D.O.B. 8-1-87. He is the one who provides me with his brothers pedigree information. He didn't remember his D.O.B. at this time. I continue the interview & Jose states that Julissa told him 3 days ago that she took a gun from somebody but he doesn't know who. He, further, states that Julissa is always with a guy named "Jerry" a M/H/16 who lives on Jefferson Ave. He doesn't know the address but knows the house & will escort us & point out his residence. Det. Bell & I drive in dept. auto with Jose Trinidad & he points out 1310 Jefferson Ave. stating his apt. is right in that gray door with #'s, 1310, on it & that there is only 1 apt.. We leave & he exits auto v/o c/o Jefferson Ave. & Wilson Ave.

2. CASE ACTIVE, PENDING INVESTIGATION.

CASE: ☑ACTIVE ☐CLOSED | DATE REVIEWED/CLOSED: 8/16 | IF ACTIVE, DATE OF NEXT REVIEW

| REPORTING OFFICER: | RANK | SIGNATURE | NAME PRINTED | TAX REG. NO. | COMMAND |
|---|---|---|---|---|---|
| | Det. | [signature] 1856 | James E. Griffin | 880971 | 83 PDS |

REVIEWING/CLOSING SUPERVISOR: [signature] | CASE CLOSED: | ENTER DESIGNATION C ___ OR B ___ | SIGNATURE | C.O.'s INITIALS

INFORMATIONAL
PD 313-081A (Rev. 4-89)-31

| Crime | Pct. | OCCB No. | Complaint No. | Date of This Report |
|---|---|---|---|---|
| Murder 2° | 083 | N/A | 66673 | 8-16-03 |

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | Follow-Up No. |
|---|---|---|---|---|
| 8-16-03 | 8-16-03 | 1562 | 83 PDS | 8 |

Complainant's Name - Last, First, M.I.: PSNY
Victim's Name - If Different: Feliciano, Julissa

Wanted No. 1: Last Name, First, M.I. / Address, Include City, State, Zip / Apt. No / Home Telephone / Business Telephone / Position/Relationship / Sex / Race / Date of Birth / Age

Perpetrators: Total No. of Perpetrators / Wanted / Arrested / Weapon ☐ Used ☐ Possessed / Describe Weapon (If firearm, give color, make, calibre, type, model, etc.)

Perp. No. 1: Wanted ☐ Arrested ☐ Last Name, First, M.I. / Address, Include City, State, Zip / Apt. No / Res. Pct. / Sex / Race / Date of Birth / Age / Height Ft. In. / Weight / Eye Color / Hair Color / Hair Length / Facial Hair / NYSID No. / ☐ Eyeglasses ☐ Sunglasses / Clothing Description / Nickname, First Name, Alias / Scars, Marks, M.O., Etc. (Continue in "Details"):

Perp. No. 2: Wanted ☐ Arrested ☐ Last Name, First, M.I. / Address, Include City, State, Zip / Apt. No / Res. Pct. / Sex / Race / Date of Birth / Age / Height Ft. In. / Weight / Eye Color / Hair Color / Hair Length / Facial Hair / NYSID No. / ☐ Eyeglasses ☐ Sunglasses / Clothing Description / Nickname, First Name, Alias / Scars, Marks, M.O., Etc. (Continue in "Details"):

AREA WITHIN BOX FOR DETECTIVE/LATENT FINGERPRINT OFFICER ONLY. THIS BOX WILL BE UTILIZED BY INVESTIGATOR WHENEVER POSSIBLE AND MUST BE FULLY COMPLETED WHEN USING THIS FORM TO CLOSE A CASE "NO RESULTS."

Comp. Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report ☐ - Different (Explain in Details) ☐

Witness Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report ☐ - Different (Explain in Details) ☐

Canvass Conducted ☐ Yes ☐ No | If Yes - Make Entry in Body Re: Time, Date, Names, Addresses, Results | Crime Scene Visited ☐ Yes ☐ No | If Yes - Make Entry in Details Re: Time, Date, Evidence Obtained

Complainant Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results:

Witness Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results:

Crime Scene Dusted ☐ Yes ☐ No | By (Enter Results in Details) | Crime Scene Photos ☐ Yes ☐ No | By (Enter Results in Details)

If Closing Case "No Results," Check Appropriate Box and State Justification in Details: ☐C-1 Improper Referral ☐C-2 Inaccurate Facts ☐C-3 No Evidence/Can't ID ☐C-4 Uncooperative Complainant ☐C-5 "Leads" Exhausted

DETAILS:

INVESTIGATION: MURDER 2°

SUBJECT: INTERVIEW JOSE ASTACIO, A.K.A. "JERRY"

DETAILS:

1. On 8-16-03 at approx. 0215 hrs. Det. Ball & I went to 1310 Jefferson Ave. 1st flr. & spoke to "Jerry's"mother & "Jerry". They were both sleeping. I obtained "Jerry's" pedigree as follows: Jose Astacio, D.O.B. 4-13-87. They will come into the 83 PDS in the morning for interview. There tel. #718 573-2931.

2. On 8-16-03 at approx. 0940 hrs. Mr. Astacio present & interviewed in the 83 PDS-RAM Interview room. He states that on 8-16-03 at 1200 hrs. Julissa came to his house & they both went to the c/o Madison St. & Knickerbocker Ave & hung out. At 1700 hrs. I left from that corner & went home. She left in a cab with a couple of guys to do something & get money, possibly prostitution. She owed people money. She didn't like to hang out by the c/o Jefferson Ave. & Wilson Ave. because she had a problem with a guy named "Fifty". One time I was with her & he asked her for $100.00 that she owed him. She had problems with him since the beginning of the summer. "Fifty" is a M/B/20's, 6'2", thin, short hair, clean shaven, always wears baseball caps & is on foot. He hangs out c/o Jefferson Ave. & Wilson Ave.. Her cousin, "Jose", had a fight with a guy named "Chulo" so they had beef. Julissa is bi-sexual & had a girlfriend named "Elvia" who lives c/o Jefferson Ave. & Wilson Ave. & was messing around with "Chulo" a M/H. Julissa was not known to carry a knife.

3. CASE ACTIVE, PENDING INVESTIGATION.

| CASE ☒ACTIVE ☐CLOSED | DATE REVIEWED/CLOSED 8/16 | IF ACTIVE, DATE OF NEXT REVIEW |
|---|---|---|

| REPORTING OFFICER: | RANK Det. | SIGNATURE [signature] 1856 | NAME PRINTED James E. Griffin | TAX REG. NO. 880971 | COMMAND 83 PDS |
|---|---|---|---|---|---|

| REVIEWING/CLOSING SUPERVISOR: [initials] | CASE CLOSED: C ___ OR B ___ | ENTER DESIGNATION | SIGNATURE [signature] | C.O.'s INITIALS |
|---|---|---|---|---|

COMPLAINT FOLLOW UP INFORMATIONAL PD 313-081A (Rev. 4-89)-31

PAGE ___ OF ___ PAGE

| Crime | Pct. | OCCB No. | Complaint No. | Date of This Report |
|---|---|---|---|---|
| HOMICIDE# 10 | 83 | | 66623 | 8/16/03 |

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | Follow-Up No. |
|---|---|---|---|---|
| 8/16/03 | same | 1562 | 83 Squad | 15 |

Complainant's Name - Last, First, M.I.: PSNY FOR JULISSA FELICIANO

Victim's Name - If Different:

Witness No. 1 — Last Name, First, M.I.: Alex Benitez | Address, Include City, State, Zip: [redacted] | Apt. No:

Home Telephone: [redacted] | Business Telephone: | Position / Relationship: witness | Sex: M | Race: H | Date of Birth: 9 14 87 | Age:

Total No. of Perpetrators: | Wanted: | Arrested: | Weapon: ☐ Used ☐ Possessed | Describe Weapon (If firearm, give color, make, calibre, type, model, etc.):

Perp. No. 1 — Wanted ☐ | Arrested ☐ | Last Name, First, M.I. | Address, Include City, State, Zip | Apt. No | Res. Pct.

Sex | Race | Date of Birth | Age | Height Ft. In. | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No.

☐ Eyeglasses ☐ Sunglasses | Clothing Description, | Nickname, First Name, Alias | Scars, Marks, M.O., Etc. (Continue In "Details"):

Perp. No. 2 — Wanted ☐ | Arrested ☐ | Last Name, First, M.I. | Address, Include City, State, Zip | Apt. No | Res. Pct.

Sex | Race | Date of Birth | Age | Height Ft. In. | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No.

☐ Eyeglasses ☐ Sunglasses | Clothing Description, | Nickname, First Name, Alias | Scars, Marks, M.O., Etc. (Continue In "Details"):

AREA WITHIN BOX FOR DETECTIVE/LATENT FINGERPRINT OFFICER ONLY. THIS BOX WILL BE UTILIZED BY INVESTIGATOR WHENEVER POSSIBLE AND MUST BE FULLY COMPLETED WHEN USING THIS FORM TO CLOSE A CASE "NO RESULTS."

Comp. Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report ☐ - Different (Explain In Details) ☐

Witness Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report ☐ - Different (Explain In Details) ☐

Canvass Conducted ☐ Yes ☐ No | If Yes - Make Entry In Body Re: Time, Date, Names, Addresses, Results | Crime Scene Visited ☐ Yes ☐ No | If Yes - Make Entry In Details Re: Time, Date, Evidence Obtained

Complainant Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results:

Witness Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results:

Crime Scene Dusted ☐ Yes ☐ No | By (Enter Results In Details) | Crime Scene Photos ☐ Yes ☐ No | By (Enter Results In Details)

If Closing Case "No Results," Check Appropriate Box and State Justification In Details: ☐C-1 Improper Referral ☐C-2 Inaccurate Facts ☐C-3 No Evidence/Can't ID ☐C-4 Uncooperative Complainant ☐C-5 "Leads" Exhausted

DETAILS:

INVESTIGATION: HOMICIDE# 10
SUBJECT: INTERVIEW WITNESS
STATUS: ACTIVE

1. On this date at approx. 0230 the undersigned picked up the above witness and his brother in front of their home, 517 Wilson Ave. They were brought into the 83 Squad. What follows is an account of his stat statement;

2. Alex Benitez was entering Halsey Park from the c/O Weirfield and Knickerbocker Ave. As they approached the center of the park he heard approx. 5 or 6 shots. He saw people running in his direction. When he looked that way he observed a a female fall to the ground. He then saw a m/b wearing a green basketball jersey with white number 34 and white lettering accross the back with the name pierce. He was wearing dark colored shorts and had a dark colored object in his hand. He observed this male male stand over the fallen female and continue to fire shots into her prone form. The male then ran out of the park onto Weirfield St. He crossed onto the far sidewalk and began walking quickly up to Knickerbocker Avenue. He appeared to have a black plastic bag in his right hand. At Knickerbocker Ave. the male made a left and disappeared from his sight.

3. Mr. Benitez went on to say that be thought the perp had his hair in cornrows. He further stated that he did not get a clear look at his face., Because of the distance, he is not sure if he can ID him. He is willing to view photos or a line-up as needed.

4. CASE ACTIVE.

[Handwritten, left margin:] dark shorts + dark object in hand

[Handwritten, right margin:] Doesn't say he saw that gunshot contradicts sworn testimony

| CASE | DATE REVIEWED / CLOSED | IF ACTIVE, DATE OF NEXT REVIEW |
|---|---|---|
| ☒ACTIVE ☐CLOSED | | |

| REPORTING OFFICER: | RANK | SIGNATURE | NAME PRINTED | TAX REG. NO. | COMMAND |
|---|---|---|---|---|---|
| | DET | [signature] | O'Keefe | 890680 | 83 SQD |

| REVIEWING / CLOSING SUPERVISOR: | CASE CLOSED: | ENTER DESIGNATION C ___ OR 8 | SIGNATURE | C.O.'s INITIALS |
|---|---|---|---|---|
| [initials] | | | [signature] | |

COMPLAINT - FOLLOW UP INFORMATIONAL
PD 313-081A (Rev. 4-89)-31

| Crime | Pct. | OCCB No. | Complaint No. | Date of This Report |
|---|---|---|---|---|
| Homicide | 83 | | 66673 | 5-24-04 |

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | Follow-Up No. |
|---|---|---|---|---|
| 8-16-03 | | 1562 | 83Sqd | 77 |

Complainant's Name - Last, First, M.I.: PSNY for Julissa Feliciano

Victim's Name - If Different:

Perpetrators: Total No. of Perpetrators: 1

Perp. No. 1: Wanted: X — Last Name, First, M.I.: Thompson, Garnell

| Sex | Race | Date of Birth | Age | Height | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No. |
|---|---|---|---|---|---|---|---|---|---|---|
| M | B | 4 / 8 / 66 | 38 | 6 ft. 00 in. | 220 | Br | Bk | sh | | 49350597 |

AREA WITHIN BOX FOR DETECTIVE/LATENT FINGERPRINT OFFICER ONLY. THIS BOX WILL BE UTILIZED BY INVESTIGATOR WHENEVER POSSIBLE AND MUST BE FULLY COMPLETED WHEN USING THIS FORM TO CLOSE A CASE "NO RESULTS."

II. Closing Case "No Results," Check Appropriate Box and State Justification in Details: C-1 Improper Referral, C-2 Inaccurate Facts, C-3 No Evidence / Can't ID, C-4 Uncooperative Complainant, C-5 "Leads" Exhausted

DETAILS:

INVESTIGATION: HOMICIDE
SUBJECT: TRANSPORT OF PERP

1. On this date, at approx 1155hrs, the undersigned along with Det Rizzo and Det. Mariner did respond to the Suffern, N.Y. Police Station in regards to this investigation.

2. Garnell Thompson was transported back to the 83Sqd Office. He made no statements enroute.

3. We arrived back at the 83Pct at approx 1600hrs.

4. CASE ACTIVE.

CASE: X ACTIVE ☐ CLOSED

| Reporting Officer: Rank | Name Printed | Tax Reg. No. | Command |
|---|---|---|---|
| Det | Robert Wagner | 882975 | 83Sqd |

Date Reviewed/Closed: 5/26/04

REVIEWING/CLOSING SUPERVISOR — Signature

1st COPY CRIMINAL RECORDS SECTION — 2nd COPY UNIT REFERRED TO — 3rd COPY BOROUGH ROBBERY SQUAD

Complaint Follow Up
PD 313-081 (Rev 1-86)-31

| Additional Copies For | 1 Jurisdiction | 3 | 9 Pct of Report | O C C B No | 12 Complaint No | File No |
|---|---|---|---|---|---|---|
| | 00 | | 083 | N/A | 66673 | |

| 17 Date of This Report | Day of Week of This Report | 31 Date Orig Report | Date Assigned | Case Number | Unit Reporting |
|---|---|---|---|---|---|
| 05-24-04 | MON | 8 Mo 16 Day 03 Yr | 8-16-03 | 1562 | 83 PDS |

Victim's Last Name First Name M I: Feliciano, Julisa
Address, Include City, State, Zip: 85 Crooke Ave. Bklyn, NY
Apt No: 2 flr
Residence [X] Commercial [ ]
Home Telephone:
Business Telephone:
Aided/Accident No: 1744

Previous Classification: Investigate Murder 2°
Classification Changed To: Arrest for Murder 2°
53 Pct of Arrest: 083
56 Arrest Number(s): K04638896

| 61 Rep Agency Code | Case No | Unit Serial No | Referral Changed From | To | Case Status | Invoice No. |
|---|---|---|---|---|---|---|
| 00 | 1562 | | | | Open [ ] Closed [X] | |

Companion Cases:
Follow Up No. 78

Vehicle: Plate [ ] Lost [ ] Stolen [ ] Rec'vd; License No; State; Exp.; Type; No. of Plates; Vin No; Year; Make; Model; Style; Color; Value; Ins Code; Policy No.; Larceny of Motor Vehicle Only (P-Parking Lot, G-Public Garage, S-Street, M-Other); Invoice No.; Vehicle was [ ] Stolen [ ] Used in Crime [ ] Rec'vd.; Alarm No.; Pct; Time; Date; Vehicle Obtained At; Precinct; Towed by; Rotation Tow [ ] Yes [ ] No; Location Stored; Alarm Cancelled [ ] Yes [ ] No; Date; Time; Operator; Owner Notif. [ ] Yes [ ] No; By; Date; Time

Property: Lost [ ] Stolen [ ]; If stolen, was property [ ] Business [ ] Personal [ ] Both; Owner Identification No; Quantity; Article; Description-Brand, Model, Serial No

Property Summary

| Item | 64 | 66 Value Stolen | 72 Value Recovered |
|---|---|---|---|
| Motor Vehicle Stolen-Rec'd | 01 | | |
| M V Rec'd By Us For Other Auth | 02 | | |
| Currency | 04 | | |
| Jewelry | 05 | | |
| Furs, Clothing | 06 | | |
| Firearms | 07 | | |
| Office Equip. | 08 | | |
| TV's Radios Cameras | 09 | | |
| Household Goods | 10 | | |
| Consumables | 11 | | |
| Misc | 13 | | |

| Total No. of Perpetrators | Wanted | Arrested | Weapon | Describe Weapon (If firearm, give color, make, calibre, type, model, etc.) |
|---|---|---|---|---|
| 1 | 0 | 1 | [X] Used [ ] Possessed | Black revolver |

Perp. No. 1

| Wanted | Arrested | Last Name, First, M I. | Address, Include City, State, Zip | Apt. No | Res. Pct. |
|---|---|---|---|---|---|
| [ ] | [X] | Thompson, Garnell | Undomiciled | | |

| Sex | Race | Date of Birth | Age | Height | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No. |
|---|---|---|---|---|---|---|---|---|---|---|
| M | B | 4 / 8 / 66 | 38 | 6 ft 0 in | 220 | BR | BK | Short | None | 4935059Y |

[ ] Eyeglasses [ ] Sunglasses
Nickname, First Name, Alias: Rakasim/Garnell
Clothing Description, Scars, Marks, M.O., Etc. (Continue in "Details"): Blue jeans, light tee-shirt with a check mark across chest, Brown workboots, Blue backpack

Perp. No. 2: Wanted [ ] Arrested [ ]; Last Name, First, M I.; Address, Include City, State, Zip; Apt. No; Res. Pct.; Sex; Race; Date of Birth; Age; Height Ft In; Weight; Eye Color; Hair Color; Hair Length; Facial Hair; NYSID No.; [ ] Eyeglasses [ ] Sunglasses; Nickname, First Name, Alias; Clothing Description, Scars, Marks, M.O., Etc (Continue in "Details")

Details

INVESTIGATION: MURDER 2°

SUBJECT: ARREST OF PERPETRATOR

DETAILS:

1. On 5-24-04 at approx. 1600 hrs. perp arrived at the 83 PDS & was immediately placed under arrest. Arrest process began.
2. There are no outstanding perpetrator's in connection with this investigation.
3. I recommend this case be marked Closed, Arrest Made.
4. CASE CLOSED, ARREST; A-1 CLASSIFICATION.

| Complaint Report Prepared By | Title | Command |
|---|---|---|
| James E. Griffin | Detective | 83 PDS |

| Reporting Officer's Rank, Signature, Command | Name Printed | Tax Reg No | Sup'v Signature | C.O.'s Initials |
|---|---|---|---|---|
| Det. [signature] 1856, 83 PDS | Griffin | 880971 | [signature] | [initials] |

INFORMATIONAL
PD 313-081A (Rev. 4-89)-31

| Crime | Pct. | UCCB No. | Complaint No. | Date of This Report |
|---|---|---|---|---|
| Murder 2° | 083 | N/A | 66673 | 12-12-03 |

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | Follow-Up No. |
|---|---|---|---|---|
| 8-16-03 | 8-16-03 | 1562 | 83 PDS | 59 |

| Complainant's Name - Last, First, M.I. | Victim's Name - If Different |
|---|---|
| PSNY | Feliciano, Julissa |

Witness No. 1: Last Name, First, M.I. / Address, Include City, State, Zip / Apt. No. / Home Telephone / Business Telephone / Position / Relationship / Sex / Race / Date of Birth / Age

Perpetrators: Total No. of Perpetrators / Wanted / Arrested / Weapon ☐ Used ☐ Possessed / Describe Weapon (If firearm, give color, make, calibre, type, model, etc.)

Perp. No. 1: Wanted ☐ Arrested ☐ Last Name, First, M.I. / Address, Include City, State, Zip / Apt. No. / Res. Pct. / Sex / Race / Date of Birth / Age / Height ft. in. / Weight / Eye Color / Hair Color / Hair Length / Facial Hair / NYSID No. / ☐ Eyeglasses ☐ Sunglasses / Nickname, First Name, Alias / Clothing Description, Scars, Marks, M.O., Etc. (Continue in "Details")

Perp. No. 2: Wanted ☐ Arrested ☐ Last Name, First, M.I. / Address, Include City, State, Zip / Apt. No. / Res. Pct. / Sex / Race / Date of Birth / Age / Height ft. in. / Weight / Eye Color / Hair Color / Hair Length / Facial Hair / NYSID No. / ☐ Eyeglasses ☐ Sunglasses / Nickname, First Name, Alias / Clothing Description, Scars, Marks, M.O., Etc. (Continue in "Details")

AREA WITHIN BOX FOR DETECTIVE / LATENT FINGERPRINT OFFICER ONLY. THIS BOX WILL BE UTILIZED BY INVESTIGATOR WHENEVER POSSIBLE AND MUST BE FULLY COMPLETED WHEN USING THIS FORM TO CLOSE A CASE "NO RESULTS."

Comp. Interviewed ☐ Yes ☐ No / In Person ☐ / By Phone ☐ / Date / Time / Results: Same as Comp. Report ☐ - Different (Explain in Details) ☐

Witness Interviewed ☒ Yes ☐ No / In Person ☐ / By Phone ☐ / Date / Time / Results: Same as Comp. Report ☐ - Different (Explain in Details) ☐

Canvass Conducted ☐ Yes ☐ No — If Yes - Make Entry in Body Re: Time, Date, Names, Addresses, Results / Crime Scene Visited ☐ Yes ☐ No — If Yes - Make Entry in Details Re: Time, Date, Evidence Obtained

Complainant Viewed Photos ☐ Yes ☐ Refused ☐ Future / Results:

Witness Viewed Photos ☐ Yes ☐ Refused ☐ Future / Results:

Crime Scene Dusted ☐ Yes ☐ No / By (Enter Results in Details) / Crime Scene Photos ☐ Yes ☐ No / By (Enter Results in Details)

If Closing Case "No Results," Check Appropriate Box and State Justification in Details:
☐C-1 Improper Referral ☐C-2 Inaccurate Facts ☐C-3 No Evidence / Can't ID ☐C-4 Uncooperative Complainant ☐C-5 "Leads" Exhausted

DETAILS:

INVESTIGATION: MURDER 2°

SUBJECT: DEBRIEF RUNAWAY

DETAILS:

1. On 12-12-03 at approx. 2145 hrs. Jennifer Perez, D.O.B. 7-29-87, subject of Missing Person Report UF61 #70327, was present at the 83 PDS along with her mother Mrs. Lucia Perez. She states she was at her friend, Crystal Salgado's house, 181 Tompkins Ave. 1st. flr. She has been friends with Crystal for approx. 5 yrs. & knows her from originally living at 262 Woodbine St. She is familiar with her family. She knows of this incident. She knew victim. She knows Crystal's parents, Devine Salgado & Iris Velasquez. She knows Crystals other relatives. She knows the perp, Eskasim, & states she hasn't seen him since approx. 2 wks. before the incident. I showed her PIMS photo's which she identified.

2. CASE ACTIVE, PENDING INVESTIGATION.

CASE ☒ACTIVE ☐CLOSED / DATE REVIEWED / CLOSED / IF ACTIVE, DATE OF NEXT REVIEW

| REPORTING OFFICER: | RANK | SIGNATURE | NAME PRINTED | TAX REG. NO. | COMMAND |
|---|---|---|---|---|---|
| | Det. | 1856 | James E. Griffin | 880971 | 83 PDS |

REVIEWING / CLOSING SUPERVISOR: / CASE CLOSED: C / ENTER DESIGNATION DR B / SIGNATURE / C.O.'s INITIALS

TE 02-24-04 PAGE 1
ME THOMPSON,GARNELL NYSID 9982079Y TRAN NO 86056M

< < < < < < < OTHER INFORMATION > > > > > > >

TYPE | INFORMATION

ME AND | REPORTED ON | INFORMATION
DDRESS |

| | | | | |
|---|---|---|---|---|
| SEPT 01,1982 | THOMPSON,GARNELL | | | |
| JAN 19,1983 | THOMPSON,GARNELL | | | |
| | 2 RIDGE | AVE | SPRING VALLEY | NEW YORK |
| JAN 18,1984 | THOMPSON,GARNELL | | | |
| | 329 BAINBRIDGE | | BROOKLYN | NEW YORK |
| FEB 14,1984 | THOMPSON,GARNELL | | | |
| | 329 BAINBRIDGE | ST | BKLYN | NEW YORK |
| FEB 15,1984 | THOMPSON,GARNELL | | | |
| MAY 18,1984 | THOMPSON,GARNELL | | | |
| | 329 BAINBRIDGE | | ST #2 BKLYN | NEW YORK |
| JULY 11,1984 | THOMPSON,GARNELL | | | |
| | 329 BRAINBRIDGE | AVE | BROOKLYN | NEW YORK |
| DEC 21,1984 | THOMPSON,GARNELL | | | |
| | 329 BAINBRIDGE | | BKLYN | NEW YORK |
| APR 27,1990 | THOMPSON,GARNELL | | | |
| | 1146 MYRTLE AVE. | | BROOKLYN | NEW YORK |
| APR 27,1990 | THOMPSON,GAREL | | | |
| FEB 02,1993 | THOMPSON,GARNELL | | | |
| OCT 18,2001 | THOMPSON,GARNELL | | | |
| | 774 BUSHWICK | | BROOKLYN | NEW YORK |
| JAN 16,2003 | THOMPSON,GARNELL | | | |
| | | | BKLYN | NEW YORK |
| JAN 17,2003 | THOMPSON,GARNELL | | | |
| | 262 WOODBINE ST. | | BROOKLYN | NEW YORK |
| MAY 02,2004 | THOMPSON,GARNELL | | | |
| | 127 DIVISION AV | | SPRING VALLEY | UNKNOWN |
| MAY 24,2004 | THOMPSON,GARNELL | | | |

WHERE AN INDIVIDUAL IS SENTENCED JUNE 1, 1981, OR LATER, ON MORE THAN ONE CHARGE WITHIN A DOCKET, THE SENTENCES MAY BE CONSIDERED TO BE CONCURRENT UNLESS IDENTIFIED AS CONSECUTIVE.

THE ABOVE RESPONSE TO YOUR UPDATED FINGERPRINT CARD SUBMISSION IS BASED UPON A FINGERPRINT IDENTIFICATION.

ALL ENTRIES ARE AS COMPLETE AS THE DATA FURNISHED TO DCJS.
CHAUNCEY G. PARKER, COMMISSIONER

Witness said address was 258 Woodbine,
Not "262" which is listed here.
No finger prints of mine were found at
Crime Scene, so how were prints obtained?



UNUSUAL OCCURRENCE REPORT
PD 370-151 (Rev. 9-96)-CSS2

**DETECTIVE BUREAU**

Page 1 of 1
Supplemental: Yes ☒ No ☐

| DET. SQD. | DATE/DAY OF ORIGINAL REPORT | TIME | PLACE OF OCCURRENCE AND TYPE OF PREMISE | CRIME/CONDITION |
|---|---|---|---|---|
| 083 | 08/16/03 SAT. | 0130 | I/S IRVING SQ. PARK<br>OPP. 259 WEIRFIELD ST. | ARREST<br>HOMICIDE #10/ 2003 |

APPARENT MOTIVE: UNK

DETAILS: (COMPLETE AND CONCISE: INCLUDE DESCRIPTION AND VALUE OF ANY PROPERTY TAKEN)

On 05/24/04 Deft. Garnell Thompson was apprehended in Suffren N.Y. and arrested by the 83 Sqd. Deft. was charged with Murder 2.

## COMPLAINANT(S)
(SEX CRIME VICTIMS ARE NOT TO BE NAMED)

| LAST NAME | FIRST NAME | M.I. | ADDRESS | CITY/STATE | APT # | SEX | RACE/ETHNICITY | AGE | D.O.B. | TYPE OF INJURY | HOSPITAL | CONDITION/PROGNOSIS | NYSIS # | ACTIONS PRIOR TO INCIDENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Feliciano | Julisa | | 262 Woodbine St. | B'klyn, NY | | female | hisp | 20 | 08/04/83 | gunshots | M.E. | DOA | 1597463K | Inside Park |
| | | | | | | | | | | | | | | |

## PERPETRATOR(S)

NUMBER OF PERPS: NUMBER OF PERPS ARRESTED:

| LAST NAME | ARRESTED | FIRST NAME | M.I. | ADDRESS | CITY/STATE | APT # | SEX | RACE/ETHNICITY | AGE | HEIGHT | WEIGHT | D.O.B. | DESCRIPTION OF CLOTHING | NYSIS # | NICKNAME | ON PAROLE | WARRANT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Thompson | YES ☒ NO ☐ | Garnell | | 250 Woodbine St. | B'klyn, NY | | M | black | 38 | 6'0" | 220 | 04/08/66 | Green sport jersey #34 | 4935059Y | Rochaseem | YES ☐ NO ☒ | YES ☐ NO ☒ |
| | YES ☐ NO ☐ | | | | | | | | | | | | | | | YES ☐ NO ☐ | YES ☐ NO ☐ |

BRIEF CRIMINAL HISTORY:

INJURIES: WEAPONS:

VEHICLE USED: YES ☐ NO ☐ MAKE: MODEL: COLOR: PLATE:

ARRESTING OFFICER: COMMAND:

INITIAL INVESTIGATIVE STEPS TAKEN: (CANVASS, INTERVIEWS, COMPUTER CHECKS, ALARM, PHOTOS, ETC.)

INTERVIEWS
LINE UP

## NOTIFICATIONS:

| | NAME | PRESENT (Y OR N) |
|---|---|---|
| CHIEF OF DETECTIVES: | Det. Liell | |
| DET. BOROUGH: | Det. Perez | |
| DET. DUTY CAPTAIN: | Harthman | |
| SQUAD SUPERVISOR: | Lt. McSorley | |
| COVERING SUPERVISOR: | Sgt. Caroselli | |
| HOMICIDE SQUAD: | Det. Wright | |
| CRIME SCENE: | RUN # | |
| ADA: | Basunder | |
| M.E.: | CASE # | |

| | NAME | PRESENT (Y OR N) |
|---|---|---|
| MAJOR CASE: | | |
| BIAS: | | |
| INTELL: | | |
| TRANSIT: | | |
| HOUSING: | | |
| OTHER | SAT COM Det. Malloy | |

| COMPLAINT # | PCT. | CASE # | DET. ASSIGNED (LAST NAME, FIRST) | SHIELD | COMMAND |
|---|---|---|---|---|---|
| 66673 | 083 | 1562 | Det. James Griffin | 1856 | 83 Sqd |

DATE OF THIS REPORT: 07/25/04 SUPERVISOR SIGNATURE: [signature] COMMAND: 83 Sqd

ANY ADDITIONAL NAMES OR INFORMATION SHALL BE REPORTED ON AN ADDITIONAL SHEET

1230 hrs. defendant brought into 83 PDS viewing/interview room + conferred with counsel + inv.
1256 hrs. counselor + invest. exit room
1330 hrs. counselor requests to speak to perp + I bring him right into interview room.
1335 hrs. counselor exits
1455 hrs. Line-up was placed counselor views, no objections
I gave 2 white tee-shirts + had adornments removed

OFFICE OF CHIEF MEDICAL EXAMINER
CITY OF NEW YORK

REPORT OF AUTOPSY

CASE NO. K0303657

*I hereby certify that I, Charles A. Catanese, M.D., City Medical Examiner - II, have performed an autopsy on the body of* ***Yvonne Julisa Felisiano****, on the 16th day of August, 2003, commencing at 12:10 PM, in the Brooklyn Mortuary of the Office of Chief Medical Examiner of the City of New York.*

*This autopsy was performed in the presence of Dr. Leffers.*

**EXTERNAL EXAMINATION:**

The body is that of a well developed, well nourished, average framed, approximately 5', approximately 143 lb, light brown skinned woman whose appearance is consistent with the given age of 20 years.

The scalp hair is wavy and brown. The eye have brown irides and clear conjunctivae that are free of hemorrhage, petechiae and jaundice. The oral cavity contains upper and lower natural teeth. The torso and extremities are unremarkable except for what is described below. The genitalia are those of a normal adult woman.

**CLOTHING:**

The body is received partially clad with one black belt, two white socks, and two white/red/blue sneakers. There is one black bloodstained pair of shorts.

There is a red bandana, a white T-shirt, a gray tank top, and a blue/gray/white plaid patterned shirt. These articles are blood soaked and have multiple perforations, some of which correspond to the below described gunshot wounds.

There is one pair of white underpants submitted in the rape kit.

These articles are submitted to Evidence.

**POSTMORTEM CHANGES:**

Rigor mortis is slight and symmetric. Livor mortis is slight and blanching at the posterior torso. The body is cold.

**INJURIES, (INTERNAL AND EXTERNAL):**

The following injuries are described under headings 1 through 10 for descriptive purposes only. No sequence is implied.

The directions are given with reference to standard anatomic planes.

1. **Penetrating Gunshot Wound to the Left Earlobe:**

There is an entrance gunshot wound at the left earlobe centered approximately 4" below the top of the head and 3 1/4" to the left of the midline. This wound consists of a 1/4" circular perforation with a symmetric 1/8" margin of abrasion. There is no soot of the adjacent skin and no powder residue within the wound track. There is an exit gunshot wound at the medial earlobe and directly subadjacent is a re-entry gunshot wound at the left side of the head.

After perforating the skin and subcutaneous tissue the bullet produces a hemorrhagic track grazing the left temporal bone and injuring multiple blood vessels with extensive soft tissue hemorrhage before coming to rest. Retrieved within the soft tissues of the face is a deformed small caliber gray metal slug which is inscribed with "JF1" at its base and submitted to Evidence.

The direction this bullet traveled is front to back, left to right, and downward.

2. **Penetrating Gunshot Wound to the Left Neck:**

There is an entrance gunshot wound at the lateral aspect of the left neck centered 8" below the top of the head and 2-1/2" to the left of the midline. This wound consists of a 1/3" circular perforation with a symmetric 1/16" margin of abrasion with other irregular up to 1/2" abrasions extending at its anterosuperior and posteroinferior aspects. There is a surrounding up to 1-1/2" contusion. There is no soot or stippling of the adjacent skin and there is no powder residue within the wound track.

After perforating the skin and subcutaneous tissue the bullet produces a hemorrhagic track through the soft tissues of the neck perforating the left jugular vein and right carotid artery before coming to rest at the superior aspect of the medial right chest.

A gray and yellow metal small caliber bullet is retrieved at the superomedial aspect of the right chest which is centered 10" below the top of the head and 2 3/4" to the right of the midline. This bullet is inscribed with "JF-2" and submitted to Evidence.

3 and 4. Penetrating Gunshot Wounds to Left Face (Two):

There are two adjacent entrance gunshot wounds to the left face centered approximately 4 3/4" below the top of the head and approximately 3" to the left of the midline. These wounds consist of an approximately 1/3" circular perforation. The more inferior of these two wounds has an up to 1/16" margin of abrasion. The more superior of these two wounds has an up to 1/4" margin of abrasion which is greatest at its anterior aspect. There is no soot of the adjacent skin.

Both of these wound tracks run parallel producing hemorrhage and extensive fractures of the left mandible and maxilla before coming to rest in the sinuses of the face. These two deformed gray metal bullets are placed in separate envelopes and submitted to Evidence.

There are contusions at the base of the brain, patchy subarachnoid hemorrhage, and approximately 30 cc of liquid subdural hemorrhage at each cerebral hemorrhage and base of the brain.

The direction these bullets traveled are front to back, slightly upward, and left to right.

5. Perforating Gunshot Wound to the Left Face:

There is an entrance gunshot wound at the left eyebrow centered 3" below the top of the head and 2 1/2" to the left of the midline. This wound consists of a 1/2" irregular perforation with an irregular up to 1/2" margin of abrasion extending at its superolateral aspect. There is no soot of the adjacent skin or powder residue within the wound track.

After perforating the skin the bullet produces a hemorrhagic track through the subcutaneous tissue before exiting the body at the left forehead.

There is an exit gunshot wound at the left forehead centered 2 1/2" below the top of the head and 2" to the left of the midline. This wound consists of an irregular up to approximately 1 1/2" perforation.

The direction this bullet traveled is left to right, upward, and front to back.

6. Perforating Gunshot Wound to the Left Arm:

There is an entrance gunshot wound at the posterior aspect of the left arm which is centered approximately 4 1/2" below the left shoulder. This wound consists of a 1/2" circular perforation with a 1/16" symmetric margin of abrasion. There is no soot of the adjacent skin. There is an up to approximately 2" area of stippling surrounding this

perforation.

After perforating the skin the bullet produces a hemorrhagic track through the subcutaneous tissue before exiting the body at the superoanterior aspect of the left arm.

There is an exit gunshot wound centered approximately 1" below the top of the left shoulder. This wound consists of a 1/2" circular perforation with a surrounding up to 2" red/purple contusion. There is an adjacent up to 1/2" abrasion extending at its superior aspect.

The direction this bullet traveled is back to front, upward, and slightly left to right.

7.  **Perforating Gunshot Wound to Left Arm:**

There is an entrance gunshot wound at the posterior aspect of the left arm which is centered 6-1/4" below the top of the left shoulder. This wound consists of a 1/3" circular perforation with an asymmetric margin of abrasion which is greatest at its posteroinferior aspect. There is no soot or stippling of the adjacent skin and there is no powder residue within the wound track.

After perforating the skin the bullet produces a hemorrhagic track through the subcutaneous tissue of the arm before exiting the body.

There is an exit gunshot wound at the anterior aspect of the left arm which is centered 5-1/4" below the top of the left shoulder. This wound consists of an up to 1/2" irregular perforation.

The direction this bullet travels is back to front, upward, and slightly right to left.

8.  **Penetrating Gunshot Wound to the Left Chest:**

There is an entrance gunshot wound at the superolateral aspect of the left breast centered 11-1/2" below the top of the head and 6" to the left of the midline. This wound consists of an approximately 1/3" circular perforation with a margin of abrasion.

After perforating the skin the bullet produces a hemorrhagic tract through the subcutaneous tissue and exits the body at the lateral aspect of the left chest. This exit wound consists of a 1/2" slightly irregular perforation with an adjacent 1" x 3/4" abrasion extending at its inferior aspect and connecting to an irregular up to 3/4" re-entry gunshot wound with an irregular abraded margin. This bullet then produces a hemorrhagic track through the subcutaneous tissue before coming to rest in the soft tissues of the left flank.

This bullet is centered 18" below the top of the head and 5-3/4" to the left of the midline and consists of a gray and yellow small caliber slug which is inscribed with "JF8" at its base and submitted to Evidence.

The direction this bullet traveled is right to left, front to back, and downward.

9. **Penetrating Gunshot Wound to the Back of the Head:**

There is an entrance gunshot wound at the superoposterior aspect of the right parietal scalp centered 1-1/4" to the right of the midline and 1/2" below the top of the head. This wound consists of a 1/4" circular perforation with a symmetric 1/16" margin of abrasion. There is no soot or stippling of the adjacent skin and there is no powder residue within the wound track.

After perforating the skin and subcutaneous tissue the bullet produces a hemorrhagic track through the right parietal bone and the right cerebral hemisphere where it is retrieved floating freely in the cranial vault. There are contusions at the base of the brain and patchy subarachnoid hemorrhage. There is approximately 30 cc of patchy subdural hemorrhage at each cerebral hemisphere and at the base of the brain. This deformed small caliber bullet is inscribed with "JF9" at its base and submitted to Evidence.

The direction this bullet traveled is back to front, downward and right to left.

10. **Other Findings:**

There are several up to 1/2" red to purple contusions at the anteromedial aspect of the right arm. There is an up to 1 1/4" red to purple contusion at the right knee. There is an up to 1 1-1/2" red to purple contusion at the right foot.

There is an up to approximately 1" area of dark amorphous powdery material at the anterior aspect of the right wrist.

There is an approximately 4" x up to 3-1/2" area of multiple red/brown, approximately 1/16" stippling defect at the left face. This stippling pattern is in close proximity to the gunshot wounds described below under subheadings 1, 3, 4, and 5.

*These injuries, having been described, will not be repeated.*

**INTERNAL EXAMINATION:**

**HEAD:** The 1100 gm brain has a normal distribution of cranial nerves and cerebral

KINGS COUNTY
CHARLES J. HYNES

COUNTY OF KINGS
---------------------------------------------X
THE PEOPLE OF THE STATE OF NEW YORK
-against-

1. GARNELL THOMPSON

2. ____________________
Defendant(s)
---------------------------------------------X

~~Docket~~/Indictment# 3289/2004

Docket/Indictment# ____________

VOLUNTARY DISCLOSURE FORM

Form prepared by: M. HALE  Date: 7/9/04

Form served by: ____________/Upon: ____________ Date: ____________

1) Approximate date, time and place of offense:

| Offense | Date | Time | Place |
|---|---|---|---|
| MURDER 2°, CPW 2° CPW 3° | 8/16/2003 | 1:29AM | OPP. 259 WEIRFIELD I/S/O IRVING SQUARE PARK |

(2) Approximate date, time and place of arrest:

| | Date | Time | Place |
|---|---|---|---|
| Defendant #1: | 5/24/04 | 9:30AM | F/O PAT MALLONE DR, SUFFERN, NY |
| Defendant #2: | | | |

(3) Arresting Officer:

| | Name | Shield | Command |
|---|---|---|---|
| Defendant #1: | TBS | | |
| Defendant #2: | | | |

(4) Other police officers, excluding any officer whose identity must be confidential, known by the prosecutor to have been present at the time of arrest.

| | Name | Shield | Command |
|---|---|---|---|
| Defendant#1: | TBS | | |
| Defendant#2: | | | |

(5) The following written reports or documents or portions thereof, relating to this case were made by or at the request or direction of a public servant engaged in law enforcement activity, or were made by a person whom the prosecutor intends to call as a witness on the People's direct case at trial, and are either appended or will be made available to counsel at a mutually convenient time. Addresses of witnesses have been redacted, and in appropriate cases, names of witnesses will also be redacted.

ECAB-22b

(4) A

COUNTY OF KINGS
CHARLES J. HYNES
DISTRICT ATTORNEY

---------------------------------X

THE PEOPLE OF THE STATE OF NEW YORK

-against-

1. GARNELL THOMPSON

2. ______________________

Defendant(s)

---------------------------------X

~~Docke~~t/Indictment# 3289/2004

Docket/Indictment# ______________

Form prepared by: M. HALE  Date: 7/9/04

Form served by: ______________ /Upon: ______________ Date: ______________

NOTICES

I.(A) PLEASE TAKE NOTICE that, pursuant to CPL 240.20(1)(a), statements in the form noted below were made by the defendant or by a co-defendant to be tried jointly, other than in the course of the criminal transaction, to a public servant engaged in law enforcement activity or to a person then acting under the direction or in cooperation with such public servant.

| | | Def.# | Date | Time | Place | Person to Whom Made |
|---|---|---|---|---|---|---|
| 1. Written: | (a) | ___ | ___ | ___ | ___ | ___ |
| | (b) | ___ | ___ | ___ | ___ | ___ |
| 2. Stenographic: | (a) | ___ | ___ | ___ | ___ | ___ |
| | (b) | ___ | ___ | ___ | ___ | ___ |
| 3. Audio tape: | (a) | ___ | ___ | ___ | ___ | ___ |
| | (b) | ___ | ___ | ___ | ___ | ___ |
| 4. Video tape: | (a) | ___ | ___ | ___ | ___ | ___ |
| | (b) | ___ | ___ | ___ | ___ | ___ |
| 5. Oral Statements: | (a) | ___ | ___ | ___ | ___ | ___ |
| | (b) | ___ | ___ | ___ | ___ | ___ |

Substance of oral statement (Specify defendant #): ______________

______________________________________________

______________________________________________

(B) PLEASE TAKE FURTHER NOTICE that, pursuant to CPL 710.30(1)(a), the People intend to offer evidence of the above statement(s) of the defendant(s) on the People's direct case at the trial of this action, except for the statements specified above in paragraph(s) ______________.

(C) A transcript of any stenographically recorded statement or a copy of any written statement are either appended or will be made available to counsel at a mutually convenient time. A copy of any electronically recorded statement will be provided counsel following receipt of an appropriate blank type cartridge.

ECAB-22

(4) 6

II. PLEASE TAKE NOTICE that, pursuant to Criminal Procedure Law, the People Section 710.30(1)(b) of the Criminal Procedure Law, the People intend to offer on its direct case at trial of this action testimony regarding an observation of the defendant either at the time and place of the commission of the offense or upon such other occasion relevant to the case by a witness who has previously identified the defendant:

| | Defendant #_____ | Defendant #_____ | Defendant #_____ |
|---|---|---|---|
| Name of witness (unless confidential) | (confidential) | (confidential) | |
| **Photograph** | (✓) | (✓) | ( ) |
| Date: | 8/17/03 | 8/16/03 | |
| Time: | 4:20AM | 6:56PM | |
| Place: | 83 Precinct | 83 Precinct | |
| Police officer present: Name: | DET. JAMES GRIFFIN | → | |
| Shield, Command: | 1856/83 | → | |
| **Lineup** | (✓) | ( ) | ( ) |
| Date: | 5/25/04 | | |
| Time: | 3:01 PM | | |
| Place: | 83 Precinct | | |
| Police officer Present: Name: | DET. JAMES GRIFFIN | | |
| Shield, Command: | 1856/83 | | |
| **Corporeal, Non-Lineup** | ( ) | (✓) | ( ) |
| Date: | | 5/25/04 | |
| Time: | | 4:30PM | |
| Place: | | 83 Precinct | |
| Police officer present: Name: | | DET. JAMES GRIFFIN | |
| Shield, Command: | | 1856/83 | |

ECAB-22a

4d



# New York City Police Department

## *Photographic Line-Up*

74028 08/16/2003

1 ______ 2 ______ 3 ______

4 ______ 5 ______ 6 ______

Identification made : ☒ YES ☐ NO Photo selected : # 2

Date of Identification : 8/17/03 Initialed by the witness : ______

Det [signature] 1856 8-17-03 0420 hrs.

< < < < < < < CRIMINAL HISTORY > > > > > > >

| ARREST INFORMATION | ARREST/ARRAIGNMENT CHARGES | DISPOSITION AND RELATED DATA |
|---|---|---|
| RM DATE: 05-02-04<br>RIME PLACE:<br>PRING VALLEY<br><br>RR#/AGY 105859<br>PRING VALLEY VG P<br><br>RT CON# 56966033Y | CLASS D FEL NCIC 3532<br><br>CRIM POSS CONTRL SUBST-7TH<br>PL 220.03 NO SUB<br>CLASS A MISD NCIC 3599<br><br>CRIM USE DRUG PAR-2ND:PACKAGE<br>PL 220.50 SUB 02<br>CLASS A MISD NCIC 3550<br><br>RESISTING ARREST<br>PL 205.30 NO SUB<br>CLASS A MISD NCIC 4801<br><br>OBSTRUCT GOVERNMENTL ADMIN-2ND<br>PL 195.05 NO SUB<br>CLASS A MISD NCIC 5099<br><br>UNLAW POSS MARIHUANA<br>PL 221.05 NO SUB<br>VIOL NCIC 3562 | SPRING VALLEY VG CT |
| VIOLENT FELONY<br>RR DT/PL 05-24-04<br>YCPD 83<br><br>RM DATE: 08-16-03<br>RIME PLACE:<br>YCPD 83<br><br>RR#/AGY K04638896<br>YCPD PCT 083<br><br>RT CON# 56996982P<br><br>X NO K033719 | - - ARREST - -<br>MURDER 2ND: INTENTIONAL<br>PL 125.25 SUB 01<br>CLASS A FEL NCIC 0999<br><br>CRIMINAL USE FIREAREM 1ST DEG<br>PL 265.09 SUB 01<br>CLASS B FEL NCIC 5299<br><br>CRIM POSS WEAPON- 2ND DEGREE<br>PL 265.03 NO SUB<br>CLASS C FEL NCIC 5212<br><br>RESISTING ARREST<br>PL 205.30 NO SUB<br>CLASS A MISD NCIC 4801<br><br>- - ARRAIGNMENT - -<br><br>MURDER 2ND: INTENTIONAL<br>PL 125.25 SUB 01<br>CLASS A FEL NCIC 0999<br><br>CRIM POSS LOADED FIREARM-2ND<br>PL 265.03 SUB 02<br>CLASS C FEL NCIC 5299<br><br>CRIM POSS WEAP-3RD:LOADED GUN<br>PL 265.02 SUB 04<br>CLASS D FEL NCIC 5299 | - - DISPOSITION - -<br>05-28-04 CRIM COURT KINGS<br>DKT # 2004KN033106<br>TRANSFERRED TO SUPERIOR COURT<br><br>THE FOLLOWING CHARGE(S):<br>MURDER 2ND: INTENTIONAL<br>PL 125.25 SUB 01<br>CLASS A FEL NCIC 0999<br><br>CRIM POSS LOADED FIREARM-2ND<br>PL 265.03 SUB 02<br>CLASS C FEL NCIC 5299<br><br>CRIM POSS WEAP-3RD:LOADED GUN<br>PL 265.02 SUB 04<br>CLASS D FEL NCIC 5299<br><br>05-26-04 CRIM COURT KINGS<br>DKT # 2004KN033106<br>INITIAL REPORT OF DOCKET NUMBER<br><br>05-26-04 CRIM COURT KINGS<br>DKT # 2004KN033106<br>ARRAIGNED<br><br>06-18-04 KINGS CO SUP CRT<br>IND # 03289-2004<br>INITIAL REPORT OF INDICTMENT NUMBER<br><br>INTERIM RELEASE STATUS: |

ONT. NEXT PAGE)

Miss Velasquez, let's start with ahm -- let's start with ahm, your niece, the person that was unfortunately killed yesterday. Do you know where she was staying at the time that she was killed?

A Ahm, she was staying at Jefferson.

Q On Jefferson? Was she staying at a particular address?

A Yes. I don't know the address.

Q All right. And the niece we're referring to that's Julissa Feliciano?

A Yes.

Q Do you know a person by the name of Racaseem?

A Yes.

Q And how long do you know him for?

A Since 19 --- 1980.

Q Miss Velasquez, you've gotta keep your voice up for me.

A Since 1980.

Q Okay. Do you know Racaseem's real name?

A No.

Q If I said it would you recognize it?

A Yes

Q Okay. Garnell Thompson?

A Yes.

Q Yes, that's Racaseem?

A Yes, that's Racaseem.

* Doesn't know real name * Twenty three years don't know my name.

Q Alright. And what's your relationship to Racaseem?

A Friends, not that close, friends

Q Friends,okay, friends through your husband?

A Yes, my husband.

Q Now, Racaseem, do you know how he makes his money?

A Yes.

Q Okay. How does he make his money?

A Selling weed.

Q Where does he sell weed from?

A In front of the building (inaudible) -

Q That's at 250

A 250 Woodbine.

Q Woodbine. And how does he sell weed? Does he keep the weed on him --

A No, he keeps it next to the garbage.

Q Have you ever seen a gun on Racaseem?

A. No.

Q Has he ever showed you a gun?

A No

Q How would you describe Racaseem's relationship with your niece Julissa Feliciano?

A I'd say they were good friends.

Q They were good friends?

Sell weed/Never showed gun
Julissa + I good friends

A Yes.

Q Do you know how long they knew each other for?

A They knew each other she was a young girl.

Q Since she was a young girl?

A Yes (inaudible)

Q Since she was a baby?

A. Yes.

Q. Okay, you gotta keep your voice up for me, okay?

A Yes

Q Okay. All right, and um, would Julissa your niece ever stay at Racaseem's house?

A Yes.

Q How often would she stay at his house?

A Like it was a everyday thing.

Q Every day?

A Yes.

Q And do you know what they would do together?

A Hang out, smoke -

Q Do you know what their relationship was?

A For to me I figured that they were lovers.

Q You figured they were lovers?

A Yes.

* At house everyday *

Q. He was referring to your niece.

A. Yes.

Q. And you tell him that that's true, right?

A. Yes.

Q. Julissa did call the cops on him?

A. Yes.

Q. And that was like a month ago?

A. Yes.

Q Okay. Now, the night of the incident, did Racaseem ever say he was gonna get your niece back for that?

A No, he never did.

Q Never said that?

A Yes, he used to tell me that she got fed up already, that one day, he's gonna put a cap on her, he don't do it because of me, because she's real close to me and because of her mother.---to suffer

Q How many -- he doesn't want the mother to suffer, okay. How many times did he talk like that, "I'm gonna put a cap into her?"

A Well he only -- he told me about twice. And he told my daughter too, he told my daughter Irene about it.

Q When was the last time he said he was gonna put a cap into her?

A Let's see (mumbling to herself) -- before the blackout,(inaudible) about a week ago.

night of incident

claims ▬ made threats

But Contradict Self

* Never ▬ was going to get her for calling cops *

Q A week ago?

A (inaudible)

Q Okay. How long before the blackout, a day, two days, three days, a week?

A (inaudible)

Q A week before the blackout he was mad enough to say he was gonna put a cap in her?

A Uh huh.

Q Before or after he threw her out?

A Before he threw her out.

Q Before he threw her out. And so she was still at his place?

A Yes.

Q. Okay. Now she died Saturday morning, right?

A. Yes.

Q Friday night, did you see Racaseem?

A I seen him Friday night, yes.

Q What was he wearing when you saw him Friday night?

A He was wearing a green jersey with a number 34.

Q Okay. Do you know what kind of jersey it was?

A Football.

Q Football.

A Yes.

Q Do you know what team it was?

* Football Jersey *

A To me I'd say it was the Boston Celtics.

Q Boston Celtics?

A Yes.

Q Okay. That's basketball, right?

A (inaudible)

Q You're not good with sports, right?

A No.

Q Okay. That's fine. All right. So it was a green jersey with a number 34 on it.

A Yes.

Q Okay. What kind of pants was he wearing?

A He had a jogging pants with the (inaudible) buttons.

Q The buttons - - all right.

MR. DEINGENIIS: The record should reflect that she's referring to the buttons on the side of the pants.

A Uh huh.

Q. Now you would pull the buttons apart.

A Just like when a basketball player, you would take the.....

Q So he was wearing warmup pants that can break away?

A Yes.

Q Okay, and they are black?

A Yes, black.

Q Okay, what um, do you remember what kind of shoes he was wearing that

* Said I was wearing jogging Pants*

husband was?

A Yes. He was around the corner from his mother's house.

Q At his mother's house.

A. Yes.

Q. Did Racaseem say anything to you when you saw him at 2:30 in the morning?

A Just asked (inaudible)

Q Just asked for your husband?

A Yes.

Q Okay. That's gonna conclude this tape. The time now is 10:29 P. M. Thank you very much. I appreciate it.

Asked for husband only
Didn't say [illegible] was
going to the store as
previously claimed on page 17

Q He was sweating, nervous?

A Yes.

Q And where did you see him at this time? Where was he?

A In my house (inaudible)

Q He came upstairs to your house? Did he always come up to your house at 2:30 in the morning?

A No (inaudible)

Q Was he with your husband at that time?

A No.

Q Where was your husband?

A My husband was outside.

Husband in front of my house

Q Do you know where outside?

A Well he was in front of his house, (inaudible) speaking to a guy that he know there. And then when I was walking -- the same time I (inaudible) Racaseem came walking the same way.

Husband in front of my house at 2:30 AM? But claims I came looking for him walking past my house to her house from Woodbine & Wilson.

Q Okay.

A And he told me he was gonna go to the store left turn and made a right on Woodbine and Knickerbocker and he left to the store.

Q That's Racaseem?

A Yes.

A. He (inaudible) told me he had a shirt (inaudible)

Q I'm saying, when you saw him at 2:30 in the morning, did you know where your

Says she saw me at 2:30 AM came to her house.
Then says she

A Uh huh.

Q How do you know it was 12:40?

A Because I had -- I had gone (inaudible) and took the (inaudible) with him and then when I came down, that I left my mother-in-law's house, it was 12:40, he was still outside (inaudible) come in (inaudible) his house.

Q So that's the last time you saw him is 12:40?

A Uh huh.

Q Did there come a time you saw him again after?

A Yes.

x changed clothes x

Q Okay. Tell us what happened then.

A Then I saw him after -- he came at 2:30. (inaudible) white shirt and gray pants.

Q 2:30 in the morning.

A Uh huh.

Q Okay. White, now it's a white shirt, was it a tee shirt?

A Tee shirt.

Q Tee shirt. And gray pants -- can you describe the pants?

A Same thing --

Q Same thing, like in other words, breakaway sweats, but this time they're gray?

A Yes.

* Q Okay. And how was he acting at the time that you saw him? 2:30 AM

A He was acting nervous and sweating.

"Acting nervous" never stated as her initial observation during first interview at 83rd precinct Follow up #31, nor did she claim he was sweating.

Admits I was wearing jersey & same clothes in her house, contradicts her. stmt.

A Yes.

Q .....shirt Okay. Um, that was in front of your house, in front of his house, down the street, where was it?

A In my house and I saw him again in front of his house and all day he had it on.

Q Okay. Was he -- at the time you saw him, was he drinking, was he smoking?

A Drinking.

Contradicts herself from "smoking" statement follow-up #31

Q What was he drinking?

A Beer.

Q Beer? Do you know how many beers he had?

drank more than "ten beers"

A He had, he had more than ten beers.

Q More than ten beers. How long did you hang out with him that day?

A No, I didn't hang out, he was -- he was there, I was hanging out, cause I hang out, I hang out with my .........

Q Sure.

A -- with my friends, and he had friends around the corner.

Q Okay.

A And he was hanging out (inaudible) with my husband too.

Q Okay, well how long was he -- how long --

A He was there until midnight, about the last time I seen him was, that he really walked away, it was at 12:40.

Q 12:40. p.m. So that's Saturday morning?

night?

A He was wearing sneakers, black.

Q Black sneakers.

A Yes.

Q Do you remember what kind?

A No.

Q No.

A No, he had ..... it was a Nike (inaudible)

Q A Nike slash on it?

A Yes.

Q Okay, and what about his hair, how was he wearing his hair that night?

A Braids, small little braids.

Q Small little braids

A (inaudible)

Q And was he wearing a hat or anything?

A He had a black hat.

Q Now, when you saw him in this outfit, where were you?

A I was (inaudible) early, well I mean he – he had that shirt, he don't take it off that's a everyday thing with the same shirt.

Q He always wear that tank top and stuff?

A Yes.

Q Okay, that green ....?

"Small little braids"

Q. Okay, ahm, now, you said that you heard shots in the park, right?

A. Right.

Q. Approximately how many shots did you hear?

A. Maybe five or six.

Q. And now when you heard the shots, you said -- where - where did that draw your attention to?

A. To where it was coming from, the source, towards the middle of the park.

Q. And when you looked in that direction, what did you see?

A. I saw two people, I doubt I saw three, I saw two people and I saw the body fall and then the person looked over them facing down and continued to shoot the body after it fell on the floor.

Q. So the person that you saw shoot the body first, before it fell then stood over the body and shot into it again?

A. Yes.

Q. Approximately how many shots did you see when he was standing there like that?

A. Maybe five or six.

Q. Five or six all together?

A. Yes.

Q. How about when he standing over the body, when the body was already on the floor?

A. Like after the first shot, or maybe the second shot, she fell, and then the rest continued to shoot down.

Q. And how close was the guy to the body when they fired shots like that?

A. Maybe a couple of steps, it was face to face.

Q. Face to face, okay. What about when he was standing over the body, how close?

A. Directly.

Q. Directly over the body?

A. Yeah.

Q. Okay. Did you hear anything, any words exchanged or anything?

A. No.

Q. And then you said he ran out of the -- is that the exit closest to where the body was?

A. The closest entrance to the body, was -- was the only entrance that were steps, and he ran down the steps and diagonally across the street and as he ran, he slowed his pace down, like to see, uh, notice and he was checking his surroundings and he walked to the corner of Knickerbocker and Weirfield and he made a left and he kept going towards the Hancock direction.

Q. Who called the cops that night?

A. Me.

Q. And you used your cell phone?